```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF TEXAS

 3                   FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-219-O-1
             Government,          )
 5                                ) FORT WORTH, TEXAS
     VERSUS                       )
 6                                ) AUGUST 23, 2023
     CHRISTOPHER TODD NELSON,     )
 7            Defendant.          ) 9:40 A.M.

 8   ------------------------------------------------------------

 9   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-248-O-1
             Government,          )
10                                ) FORT WORTH, TEXAS
     VERSUS                       )
11                                ) AUGUST 23, 2023
     EDGAR RODRIGUEZ,             )
12            Defendant.          ) 9:40 A.M.

13   ------------------------------------------------------------

14   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-205-O-1
             Government,          )
15                                ) FORT WORTH, TEXAS
     VERSUS                       )
16                                ) AUGUST 23, 2023
     OSMAR ALEXIS ALVAREZ,        )
17            Defendant.          ) 9:40 A.M.

18   ------------------------------------------------------------

19   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-208-P-1
             Government,          )
20                                ) FORT WORTH, TEXAS
     VERSUS                       )
21                                ) AUGUST 23, 2023
     ARMANDO MENA-RODRIGUEZ,      )
22            Defendant.          ) 9:40 A.M.

23   ------------------------------------------------------------

24

25   (NO OMISSIONS - CONTINUED ON PAGE 2)
```

```
 1   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-244-O-1
             Government,          )
 2                                ) FORT WORTH, TEXAS
     VERSUS                       )
 3                                ) AUGUST 23, 2023
     CLEMENTINA FLORES-ESPINOZA,  )
 4           Defendant.           ) 9:40 A.M.

 5   ------------------------------------------------------------

 6   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-212-O-1
             Government,          )
 7                                ) FORT WORTH, TEXAS
     VERSUS                       )
 8                                ) AUGUST 23, 2023
     KYUNG HEO,                   )
 9           Defendant.           ) 9:40 A.M.

10   ------------------------------------------------------------

11   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-192-O-1
             Government,          )
12                                ) FORT WORTH, TEXAS
     VERSUS                       )
13                                ) AUGUST 23, 2023
     DEANNA MARIE FOWLER,         )
14           Defendant.           ) 9:40 A.M.

15   ------------------------------------------------------------

16

17                        VOLUME 1 OF 1
        TRANSCRIPT OF REARRAIGNMENT OR GUILTY PLEA AT ARRAIGNMENT
18            BEFORE THE HONORABLE JEFFREY CURETON
                UNITED STATES MAGISTRATE COURT JUDGE
19

20   A P P E A R A N C E S:

21   FOR THE GOVERNMENT:      MR. FRANK GATTO
                              UNITED STATES DEPARTMENT OF JUSTICE
22                            NORTHERN DISTRICT OF TEXAS
                              801 Cherry Street, Suite 1700
23                            Fort Worth, Texas  76102-6882
                              Telephone:  817.252.5200
24

25
```

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
 1   FOR THE DEFENDANTS:     MS. ANDRENETTE SULLIVAN
     Nelson, Rodriguez,      ASSISTANT FEDERAL PUBLIC DEFENDER
 2   and Alvarez             NORTHERN DISTRICT OF TEXAS
                             819 Taylor Street, Room 9A10
 3                           Fort Worth, Texas  76102
                             Telephone:  817.978.2753
 4
     FOR THE DEFENDANTS:     MR. MICHAEL LEHMANN
 5   Mena-Rodriguez,         ASSISTANT FEDERAL PUBLIC DEFENDER
     Flores-Espinoza,        NORTHERN DISTRICT OF TEXAS
 6   and Heo                 819 Taylor Street, Room 9A10
                             Fort Worth, Texas  76102
 7                           Telephone:  817.978.2753

 8   FOR THE DEFENDANT:      MS. KARA L. CARRERAS
     Fowler                  Carreras Law Group
 9                           604 E. 4th Street, Suite 101
                             Fort Worth, Texas  76102
10                           Telephone:  817.795.9956

11   THE INTERPRETER:        MS. YOVANA GONZALEZ

12   COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                             501 W. 10th Street, Room 507
13                           Fort Worth, Texas  76102
                             Telephone:  817.850.6661
14                           E-Mail: debbie.saenz@yahoo.com

15

16

17

18

19

20

21

22

23

24   Proceedings reported by mechanical stenography, transcript

25   produced by computer.
```

1                          **I N D E X**

2    <u>**PROCEEDINGS**</u>                                    <u>**PAGE**</u>

3    Admonishments....................................  05

4    Guilty Pleas.....................................  51-52

5    Court's Findings.................................  56

6    Reporter's Certificate...........................  60

7    Word Index.......................................  61

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|    |    |
|----|----|
| 1  | **P R O C E E D I N G S** |
| 2  | August 23, 2023 - 9:40 a.m. |
| 3  | *THE COURT:* All right. We have several matters that |
| 4  | are set for rearraignment or guilty plea at arraignment. As I |
| 5  | call your name, if you'll let me know where you are in the |
| 6  | courtroom just to confirm. |
| 7  | We'll start with Cause Number 4:23-CR-219, United |
| 8  | States versus Christopher Nelson. |
| 9  | That's you, sir? |
| 10 | *DEFENDANT NELSON:* Yes, sir. |
| 11 | *THE COURT:* Thank you. Let's see. Mr. Gatto is |
| 12 | present for the government in all pleas this morning? |
| 13 | *MR. GATTO:* Yes, Your Honor. |
| 14 | *THE COURT:* All right. Thank you, sir. |
| 15 | Present for the defense, Ms. Andrenette Sullivan. |
| 16 | *MS. SULLIVAN:* Yes, Your Honor. |
| 17 | *THE COURT:* I understand Mr. Weinbel has been |
| 18 | counsel, but I know he's in a jury trial. |
| 19 | *MS. SULLIVAN:* Yes, Your Honor. |
| 20 | *THE COURT:* Thank you for covering. |
| 21 | Cause Number 4:23-CR-248, United States versus Edgar |
| 22 | Rodriguez. |
| 23 | That's you, sir? |
| 24 | *DEFENDANT RODRIGUEZ:* Yes, sir. |
| 25 | *THE COURT:* Again, Mr. Frank Gatto for the |

1    government, and Ms. Sullivan for the defense.

2              Cause Number 4:23-CR-205, United States versus Osmar

3    Alvarez.

4              *DEFENDANT ALVAREZ:*  Here.

5              *THE COURT:*  Thank you.

6              Again, Mr. Gatto for the government, and

7    Ms. Sullivan for the defense.

8              *MS. SULLIVAN:*  Yes, Your Honor.

9              *THE COURT:*  Cause Number 4:23-CR-208, United States

10   versus Armando Mena-Rodriguez.

11             That's you, sir?

12             *DEFENDANT MENA-RODRIGUEZ:*  Yes.

13             *THE COURT:*  Mr. Michael Lehmann is present for the

14   defense.

15             Cause Number 4:23-CR-244, United States versus

16   Clementina Flores-Espinoza.

17             Mr. Michael Lehmann for the defense, also covering

18   for Mr. Weinbel, who I understand is in trial.  Thank you,

19   Mr. Lehmann.

20             Cause Number 4:23-CR-212, United States versus

21   Kyung -- is it Heo?

22             *DEFENDANT HEO:*  Yes, here.

23             *THE COURT:*  Okay.  Thank you.

24             Mr. Michael Lehmann for the defense.  Yes, sir?  Oh,

25   I thought you -- okay.

1              Finally, Cause Number 4:23-CR-192, United States

2    versus Deanna Fowler.

3              And that's Ms. Kara Carreras present for the

4    defense.

5              All right.  We're going to do all of these pleas at

6    one time.  If I did them individually, we would be here at

7    least all morning, and into the afternoon, most likely.  So,

8    for that to work, I need for everyone to pay careful attention

9    to the instructions and the questions, and then to speak up in

10   a good, firm voice so that the court reporter and I can both

11   hear your responses.

12             Mr. Heo, you are kind of the furthest from us.  If

13   you would make an extra effort to speak up when called upon, I

14   would appreciate it.

15             For this proceeding, I need to have each defendant

16   placed under oath.  Let me ask the defendants to please stand

17   for a moment, raise your right hand to the best of your

18   ability, and be sworn by my clerk.

19             (Seven (7) defendants sworn)

20             THE COURT:  Very good.  Thank you.  You may all be

21   seated once more.

22             I'll have the record reflect that you are each now

23   under oath and you answered in the affirmative.

24             Would you state your full name for the record --

25   this is first, middle, and last name -- beginning with

```
1    Mr. Nelson.
2            DEFENDANT NELSON:  Christopher Todd Nelson.
3            THE COURT:  Perfect.  Thank you, sir.
4            Mr. Rodriguez?
5            DEFENDANT RODRIGUEZ:  Edgar Rodriguez.
6            THE COURT:  No middle name, sir?
7            DEFENDANT RODRIGUEZ:  No, sir.
8            THE COURT:  Mr. Alvarez?
9            DEFENDANT ALVAREZ:  Osmar Alexis Alvarez.
10           THE COURT:  Thank you.
11           Mr. Mena-Rodriguez?
12           DEFENDANT MENA-RODRIGUEZ:  Armando Mena-Rodriguez.
13           THE COURT:  Do you primarily go by the last name
14   Mena?
15           DEFENDANT MENA-RODRIGUEZ:  Yes, sir.
16           THE COURT:  Thank you, sir.
17           Ms. Flores-Espinoza?
18           DEFENDANT FLORES-ESPINOZA:  Clementina
19   Flores-Espinoza.
20           THE COURT:  Do you primarily go by the last name
21   Flores?
22           DEFENDANT FLORES-ESPINOZA:  Yes, sir.
23           THE COURT:  Let's see.
24           Mr. Heo?
25           DEFENDANT HEO:  Kyung Heo.
```

```
 1              THE COURT:  No middle name, sir?

 2              DEFENDANT HEO:  No middle name.

 3              THE COURT:  Okay.  And that may be hard for me to

 4    hear.  Mr. Lehmann, you and your client can move down here,

 5    and you're free to move about the well since I know you're

 6    covering several matters.

 7              Is it all right with the marshal if we have Mr. Heo

 8    move down here, maybe closer to the end?

 9              DEPUTY U.S. MARSHAL:  Yes, sir.

10              THE COURT:  Thank you.

11              While they are doing that, Ms. Fowler, would you

12    state your full name?

13              DEFENDANT FOWLER:  Deanna Marie Fowler.

14              THE COURT:  Marie was the middle name?

15              DEFENDANT FOWLER:  Yes, sir.

16              THE COURT:  Thank you so much.

17              All right.  Let me ask each defendant, is your name

18    spelled correctly in the indictment or the information that

19    has been filed against you?

20              Mr. Nelson?

21              DEFENDANT NELSON:  Yes, sir.

22              THE COURT:  Mr. Rodriguez?

23              DEFENDANT RODRIGUEZ:  Yes, sir.

24              THE COURT:  Mr. Alvarez?

25              DEFENDANT ALVAREZ:  Yes, sir.
```

```
 1              THE COURT:  Mr. Mena?

 2              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

 3              THE COURT:  Ms. Flores?

 4              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

 5              THE COURT:  Mr. Heo?

 6              DEFENDANT HEO:  Yes, sir.

 7              THE COURT:  And Ms. Fowler?

 8              DEFENDANT FOWLER:  Yes, except for the alias.

 9              THE COURT:  Yes.  And the alias, we have corrected

10    paperwork on the plea and the factual resume.  As far as the

11    information goes, it's up in the style and it's not part of an

12    actual -- the official document.

13              Is that okay to proceed?

14              DEFENDANT FOWLER:  Yes.

15              THE COURT:  And we'll refer to you as Ms. Fowler for

16    today.

17              DEFENDANT FOWLER:  Yes, sir.  Thank you.

18              MR. GATTO:  Your Honor, we're okay with all future

19    pleadings just not mentioning the alias anymore.

20              THE COURT:  That will be fine.  For the record,

21    we'll consider that to be stricken and future filings will not

22    require that.

23              DEFENDANT FOWLER:  Thank you, Your Honor.

24              THE COURT:  Yes, ma'am.

25              Do all defendants understand that you are now under
```

```
1    oath and if you were to answer any of the Court's questions

2    falsely, your answers could later be used against you in a

3    prosecution for perjury or for making a false statement?

4            Do you understand, Mr. Nelson?

5            DEFENDANT NELSON:  Yes, sir.

6            THE COURT:  Mr. Rodriguez?

7            DEFENDANT RODRIGUEZ:  Yes, sir.

8            THE COURT:  Mr. Alvarez?

9            DEFENDANT ALVAREZ:  Yes, sir.

10           THE COURT:  Mr. Mena?

11           DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

12           THE COURT:  Ms. Flores?

13           DEFENDANT FLORES-ESPINOZA:  Yes, sir.

14           THE COURT:  Do you understand, Mr. Heo?

15           DEFENDANT HEO:  Yes, sir.

16           THE COURT:  And Ms. Fowler?

17           DEFENDANT FOWLER:  Yes, sir.

18           THE COURT:  I understand that defendants Mena and

19   Flores each require the assistance of a Spanish-speaking

20   interpreter, and I note that Ms. Yovana Gonzalez has been

21   sworn as the court interpreter and is providing that service.

22           Are each of you able to understand the proceedings

23   through the court interpreter?

24           Mr. Mena?

25           DEFENDANT MENA-RODRIGUEZ:  Yes.
```

```
 1              THE COURT:  And Ms. Flores?
 2              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
 3              THE COURT:  To all defendants:  Do you understand
 4    that I am conducting this hearing, rather than the district
 5    judge in your case, based upon your consent; however, it's the
 6    district judge who retains all final decision-making authority
 7    over your plea, and it's the district judge who will conduct
 8    any sentencing in your case?
 9              Do you understand, Mr. Nelson?
10              DEFENDANT NELSON:  Yes, sir.
11              THE COURT:  Mr. Rodriguez?
12              DEFENDANT RODRIGUEZ:  Yes, sir.
13              THE COURT:  Mr. Alvarez?
14              DEFENDANT ALVAREZ:  Yes, sir.
15              THE COURT:  Mr. Mena?
16              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.
17              THE COURT:  Ms. Flores?
18              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
19              THE COURT:  Mr. Heo?
20              DEFENDANT HEO:  Yes, sir.
21              THE COURT:  And Ms. Fowler?
22              DEFENDANT FOWLER:  Yes, sir.
23              THE COURT:  I have been provided this morning
24    documents entitled Consent to Administration of Guilty Plea
25    and Allocution by United States Magistrate Judge in each of
```

1    the cases before the Court, and these consent forms appear to

2    be signed by each defendant and his or her counsel.

3              Is it your signature that appears on the consent

4    form, Mr. Nelson?

5              *DEFENDANT NELSON:*  Yes, sir.

6              *THE COURT:*  Mr. Rodriguez?

7              *DEFENDANT RODRIGUEZ:*  Yes, sir.

8              *THE COURT:*  Mr. Alvarez?

9              *DEFENDANT ALVAREZ:*  Yes, sir.

10             *THE COURT:*  Mr. Mena?

11             *DEFENDANT MENA-RODRIGUEZ:*  Yes, sir.

12             *THE COURT:*  Ms. Flores?

13             *DEFENDANT FLORES-ESPINOZA:*  Yes, sir.

14             *THE COURT:*  And Mr. Heo?

15             *DEFENDANT HEO:*  Yes, sir.

16             *THE COURT:*  Ms. Fowler?

17             *DEFENDANT FOWLER:*  Yes, sir.

18             *THE COURT:*  Okay.  Then I find that each of you have

19   knowingly and voluntarily waived your right to enter a guilty

20   plea before the district judge, and you've consented to

21   proceed before me in that plea today.

22             Let me give you some general instructions.  You may,

23   if you choose, plead not guilty to any offense charged against

24   you or persist in that plea if it's already been made, and if

25   you plead not guilty, the Constitution of the United States

 1   guarantees you the following rights:

 2           You have the right to a speedy and public jury trial

 3   in this district.

 4           You have the right at such a trial for you to

 5   confront, that is, to see, hear, and cross-examine all

 6   witnesses presented against you.

 7           You have the right to have the assistance of an

 8   attorney at all stages of the proceedings, and if you could

 9   not afford an attorney, an attorney would be appointed for

10   you, as has been done in all of these cases.

11           At such a trial, you could not be compelled to

12   testify and whether you would testify would be a matter in

13   which your judgment alone would control.

14           At such a trial, the United States would be required

15   to prove your guilt beyond a reasonable doubt, and if you were

16   found guilty, you would have the right to appeal that

17   conviction.

18           Do each of you understand that you have and are

19   guaranteed each of those constitutional rights?

20           Mr. Nelson?

21           *DEFENDANT NELSON:*  Yes, sir.

22           *THE COURT:*  Mr. Rodriguez?

23           *DEFENDANT RODRIGUEZ:*  Yes, sir.

24           *THE COURT:*  Do you understand, Mr. Alvarez?

25           *DEFENDANT ALVAREZ:*  Yes, sir.

```
 1              THE COURT:  Mr. Mena?

 2              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

 3              THE COURT:  Ms. Flores?

 4              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

 5              THE COURT:  Mr. Heo?

 6              DEFENDANT HEO:  Yes, sir.

 7              THE COURT:  And Ms. Fowler?

 8              DEFENDANT FOWLER:  Yes, sir.

 9              THE COURT:  On the other hand, if you plead guilty

10    and if that guilty plea is accepted by the Court, there will

11    not be a further trial of any kind, so by pleading guilty, you

12    waive your right to a trial, as well as those rights

13    associated with a trial as we've just discussed.

14              Do you understand that, Mr. Nelson?

15              DEFENDANT NELSON:  Yes, sir.

16              THE COURT:  And Mr. Rodriguez?

17              DEFENDANT RODRIGUEZ:  Yes, sir.

18              THE COURT:  Mr. Alvarez?

19              DEFENDANT ALVAREZ:  Yes, sir.

20              THE COURT:  Mr. Mena?

21              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

22              THE COURT:  Ms. Flores?

23              DEFENDANT FLORES-ESPINOZA:  Yes.

24              THE COURT:  Do you understand, Mr. Heo?

25              DEFENDANT HEO:  Yes, sir.
```

| | |
|---|---|
| 1 | THE COURT:  And Ms. Fowler? |
| 2 | DEFENDANT FOWLER:  Yes, sir. |
| 3 | THE COURT:  Now, generally, a defendant who is |
| 4 | accused of a crime cannot plead guilty unless he or she is |
| 5 | actually guilty of that crime.  In federal court, it's the |
| 6 | judge who determines the penalty when a defendant is |
| 7 | convicted, whether that conviction is on the basis of a jury |
| 8 | verdict or upon a plea of guilty. |
| 9 | The Court has not and will not talk to anyone about |
| 10 | the facts of your case, except here in your presence where you |
| 11 | and your attorney and representatives of the government are |
| 12 | all present.  However, if a guilty verdict is entered, a |
| 13 | presentence report will be prepared and the Court may review |
| 14 | that report with probation officers outside of your presence. |
| 15 | If you plead guilty, you will be convicted; however, |
| 16 | you and your attorney each will be given an opportunity to |
| 17 | present to the Court any pleas for leniency.  The penalty will |
| 18 | be decided based upon the facts heard in court. |
| 19 | You should never depend or rely upon any promise or |
| 20 | statement by anyone, whether connected with law enforcement or |
| 21 | the government or anyone else, as to what penalty will be |
| 22 | assessed against you. |
| 23 | Should you decide to plead guilty, your plea of |
| 24 | guilty must not be induced or prompted by any promises, |
| 25 | pressure, threats, force, or coercion of any kind.  A plea of |

1    guilty must be purely voluntary, and you should plead guilty

2    only because you are guilty and for no other reason.

3            Have each of you understood all of my explanations

4    about the process and the consequences of pleading guilty?

5            Mr. Nelson?

6            *DEFENDANT NELSON:*  Yes, sir.

7            *THE COURT:*  Mr. Rodriguez?

8            *DEFENDANT RODRIGUEZ:*  Yes, sir.

9            *THE COURT:*  Mr. Alvarez?

10           *DEFENDANT ALVAREZ:*  Yes, sir.

11           *THE COURT:*  Mr. Mena?

12           *DEFENDANT MENA-RODRIGUEZ:*  Yes, sir.

13           *THE COURT:*  Ms. Flores?

14           *DEFENDANT FLORES-ESPINOZA:*  Yes, sir.

15           *THE COURT:*  Mr. Heo?

16           *DEFENDANT HEO:*  Yes, sir.

17           *THE COURT:*  And Ms. Fowler?

18           *DEFENDANT FOWLER:*  Yes, sir.

19           *THE COURT:*  Under the Sentencing Reform Act of 1984,

20   as it's been construed by our Supreme Court, the United States

21   Sentencing Commission has issued advisory guidelines for

22   judges to consider in determining the sentence in a criminal

23   case.

24           Have each of you discussed with your attorney the

25   charges against you, the matter of federal sentencing, and how

```
 1    those sentencing guidelines might apply in your case?

 2              Have you done so, Mr. Nelson?

 3              DEFENDANT NELSON:  Yes, sir.

 4              THE COURT:  Mr. Rodriguez?

 5              DEFENDANT RODRIGUEZ:  Yes, sir.

 6              THE COURT:  Mr. Alvarez?

 7              DEFENDANT ALVAREZ:  Yes, sir.

 8              THE COURT:  Okay.  Mr. Mena?

 9              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

10              THE COURT:  Ms. Flores?

11              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

12              THE COURT:  Mr. Heo?

13              DEFENDANT HEO:  Yes, sir.

14              THE COURT:  And Ms. Fowler?

15              DEFENDANT FOWLER:  Yes, sir.

16              THE COURT:  Even so, I must inform you that it is

17    the Court's obligation in determining a sentence to calculate

18    the applicable sentencing guideline range and to consider that

19    range, along with any possible departures under the

20    guidelines, and any other sentencing factors under 18 U.S.C.

21    Section 3553(a).

22              The Court is not bound by facts that may be

23    stipulated between you and your attorney on the one hand and

24    the government on the other.  The Court can impose punishment

25    that might disregard stipulated facts or take into account
```

1    facts that are not mentioned in stipulations.  In that event,

2    you might not even be permitted to withdraw your plea of

3    guilty.

4         The Court will not be able to determine the proper

5    guideline range for your case until after that presentence

6    report has been completed and both you and the government have

7    had an opportunity to challenge the facts and the conclusions

8    that are in that report.

9         After the Court has determined the proper guideline

10   range under the facts of your case, the Court has the

11   authority to impose a sentence that is above, below, or within

12   the guideline range, as long as the sentence imposed is

13   reasonable and it's based upon the facts and the law.

14        You have the right to appeal the sentence the Court

15   imposes, unless you waive that right.

16        And under some circumstances, the government also

17   has the right to appeal.

18        Finally, I inform you that within our federal

19   system, parole has long ago been abolished, so that if you are

20   sentenced to imprisonment, you will not be released on any

21   type of federal parole.

22        Have each of you understood all of my explanations

23   with regard to federal sentencing?

24        Mr. Nelson?

25        *DEFENDANT NELSON:*  Yes, sir.

```
 1              THE COURT:  Mr. Rodriguez?

 2              DEFENDANT RODRIGUEZ:  Yes, sir.

 3              THE COURT:  Mr. Alvarez?

 4              DEFENDANT ALVAREZ:  Yes, sir.

 5              THE COURT:  Mr. Mena?

 6              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

 7              THE COURT:  Ms. Flores?

 8              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

 9              THE COURT:  Mr. Heo?

10              DEFENDANT HEO:  Yes, sir.

11              THE COURT:  And Ms. Fowler?

12              DEFENDANT FOWLER:  Yes, sir.

13              THE COURT:  All right.  Then let me ask some more

14    individualized questions at this time.

15              First, how old are you?

16              Mr. Nelson?

17              DEFENDANT NELSON:  54.

18              THE COURT:  Mr. Rodriguez?

19              DEFENDANT RODRIGUEZ:  27.

20              THE COURT:  Mr. Alvarez?

21              DEFENDANT ALVAREZ:  33.

22              THE COURT:  Mr. Mena?

23              DEFENDANT MENA-RODRIGUEZ:  43.

24              THE COURT:  Ms. Flores?

25              DEFENDANT FLORES-ESPINOZA:  38.
```

```
 1              THE COURT:  Mr. Heo?

 2              DEFENDANT HEO:  29.

 3              THE COURT:  29?

 4              DEFENDANT HEO:  Yes.

 5              THE COURT:  And Ms. Fowler?

 6              DEFENDANT FOWLER:  54.

 7              THE COURT:  How far did each of you go in school

 8    with your formal education?

 9              Mr. Nelson?

10              DEFENDANT NELSON:  Graduated high school.

11              THE COURT:  Thank you.

12              Mr. Rodriguez?

13              DEFENDANT RODRIGUEZ:  Tenth grade.

14              THE COURT:  Mr. Alvarez?

15              DEFENDANT ALVAREZ:  Eleventh.

16              THE COURT:  Mr. Mena?

17              DEFENDANT MENA-RODRIGUEZ:  Elementary school up to

18    sixth grade.

19              THE COURT:  Okay.  How about you, Ms. Flores?

20              DEFENDANT FLORES-ESPINOZA:  I did go to college.

21              THE COURT:  Okay.  Mr. Heo?

22              DEFENDANT HEO:  Some college.

23              THE COURT:  All right.  And Ms. Fowler?

24              DEFENDANT FOWLER:  Graduated college.

25              THE COURT:  Are any of you currently or have you
```

```
 1    recently been under the care of a physician or a psychiatrist?

 2              Mr. Nelson?

 3              DEFENDANT NELSON:  No, sir.

 4              THE COURT:  Mr. Rodriguez?

 5              DEFENDANT RODRIGUEZ:  No, sir.

 6              THE COURT:  Mr. Alvarez?

 7              DEFENDANT ALVAREZ:  No, sir.

 8              THE COURT:  Mr. Mena?

 9              DEFENDANT MENA-RODRIGUEZ:  No, sir.

10              THE COURT:  Ms. Flores?

11              DEFENDANT FLORES-ESPINOZA:  No, sir.

12              THE COURT:  Mr. Heo?

13              DEFENDANT HEO:  No, sir.

14              THE COURT:  Ms. Fowler?

15              DEFENDANT FOWLER:  No, sir.

16              THE COURT:  Are any of you now under the influence

17    of alcohol or any narcotic drug?

18              Mr. Nelson?

19              DEFENDANT NELSON:  No, sir.

20              THE COURT:  Mr. Rodriguez?

21              DEFENDANT RODRIGUEZ:  No, sir.

22              THE COURT:  Mr. Alvarez?

23              DEFENDANT ALVAREZ:  No, sir.

24              THE COURT:  Mr. Mena?

25              DEFENDANT MENA-RODRIGUEZ:  No, sir.
```

```
 1              THE COURT:  Ms. Flores?

 2              DEFENDANT FLORES-ESPINOZA:  No, sir.

 3              THE COURT:  Mr. Heo?

 4              DEFENDANT HEO:  No, sir.

 5              THE COURT:  Ms. Fowler?

 6              DEFENDANT FOWLER:  No, sir.

 7              THE COURT:  Do you suffer from any emotional or

 8    mental disability?

 9              Mr. Nelson?

10              DEFENDANT NELSON:  No, sir.

11              THE COURT:  Mr. Rodriguez?

12              DEFENDANT RODRIGUEZ:  No, sir.

13              THE COURT:  Mr. Alvarez?

14              DEFENDANT ALVAREZ:  No, sir.

15              THE COURT:  Mr. Mena?

16              DEFENDANT MENA-RODRIGUEZ:  No, sir.

17              THE COURT:  Ms. Flores?

18              DEFENDANT FLORES-ESPINOZA:  No, sir.

19              THE COURT:  Mr. Heo?

20              DEFENDANT HEO:  No, sir.

21              THE COURT:  Ms. Fowler?

22              DEFENDANT FOWLER:  Yes, sir.

23              THE COURT:  And is there anything about that

24    condition, Ms. Fowler, that would interfere with your ability

25    to understand what we're doing here today?
```

```
1                    DEFENDANT FOWLER:  No, sir.

2                    THE COURT:  Okay.  Are you of sound mind and do you

3      fully understand what it is we're doing here this morning?

4                    Mr. Nelson?

5                    DEFENDANT NELSON:  Yes, sir.

6                    THE COURT:  Mr. Rodriguez?

7                    DEFENDANT RODRIGUEZ:  Yes, sir.

8                    THE COURT:  Mr. Alvarez?

9                    DEFENDANT ALVAREZ:  Yes, sir.

10                   THE COURT:  Mr. Mena?

11                   DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

12                   THE COURT:  Ms. Fowler (sic)?

13                   DEFENDANT FLORES-ESPINOZA:  Yes, sir.

14                   THE COURT:  Mr. Heo?

15                   DEFENDANT HEO:  Yes, sir.

16                   THE COURT:  And Ms. Fowler?

17                   DEFENDANT FOWLER:  Yes, sir.

18                   THE COURT:  Did I say Fowler there?  I meant Flores.

19                   All right.  So, let me just ask again:  Are you of

20     sound mind and do you fully understand what it is we're doing

21     here today, Ms. Flores?

22                   DEFENDANT FLORES-ESPINOZA:  Yes, sir.

23                   THE COURT:  All right.  Thank you.

24                   To defense counsel:  Do you have any reason to

25     believe that your client is not fully competent to enter a
```

1   plea of guilty?

2           Ms. Sullivan, for your clients today?

3           *MS. SULLIVAN:*  No, Your Honor.

4           *THE COURT:*  Mr. Lehmann, for your clients?

5           *MR. LEHMANN:*  No, Your Honor.

6           *THE COURT:*  And Ms. Carreras for yours?

7           *MS. CARRERAS:*  No, Your Honor.

8           *THE COURT:*  Do each of you believe that the guilty

9   plea your client proposes to make will be a knowing and

10  voluntary plea?

11          Ms. Sullivan, as to your clients?

12          *MS. SULLIVAN:*  Yes, Your Honor.

13          *THE COURT:*  Mr. Lehmann, as to yours?

14          *MR. LEHMANN:*  Yes, Your Honor.

15          *THE COURT:*  And Ms. Carreras?

16          *MS. CARRERAS:*  I do, Your Honor.

17          *THE COURT:*  All right.  So, I note that defendants

18  Rodriguez and Ms. Flores and Ms. Fowler are all pleading

19  pursuant to informations, so I need to go over that process

20  with those defendants for just a few moments.

21          Each of you are charged with a felony offense, and

22  under the United States Constitution, you may not be charged

23  with a felony unless a grand jury finds by the return of an

24  indictment that there's probable cause to believe that the

25  felony occurred and that you committed it.

1          However, you may waive your right to indictment by

2    the grand jury and consent to being charged by way of an

3    information filed by the United States Attorney's Office.  The

4    felony charges against Mr. Rodriguez, Ms. Flores, and

5    Ms. Fowler that are before the Court today have all been

6    brought by the filing of just such an information.

7          If you do not waive indictment and the government

8    wishes to pursue this charge against you, then the government

9    must present its case to a grand jury and request the return

10   of an indictment on the charge against you.

11         A grand jury is composed of at least 16 but not more

12   than 23 persons, and at least 12 grand jurors must find that

13   there's probable cause to believe that you committed the

14   offense with which you are charged before you would be

15   indicted.

16         So, a grand jury might or it might not indict you on

17   this charge in your information, but if you waive indictment

18   by the grand jury, the case will proceed against you based

19   upon the information filed by the U.S. Attorney just as though

20   you have been indicted.

21         So, let me ask each of you:  Have you discussed with

22   your attorney the matter of waiving your right to indictment

23   by the grand jury and do you fully understand that right?

24         Mr. Rodriguez?

25         *DEFENDANT RODRIGUEZ:*  Yes, sir.

```
 1              THE COURT:  Okay.  Ms. Flores?

 2              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

 3              THE COURT:  Ms. Fowler?

 4              DEFENDANT FOWLER:  Yes, sir.

 5              THE COURT:  Have any threats or promises been made

 6  in an effort to induce you to waive indictment?

 7              Mr. Rodriguez?

 8              DEFENDANT RODRIGUEZ:  No, sir.

 9              THE COURT:  Okay.  Ms. Flores?

10              DEFENDANT FLORES-ESPINOZA:  No, sir.

11              THE COURT:  Ms. Fowler?

12              DEFENDANT FOWLER:  No, sir.

13              THE COURT:  Is it your signature that appears on the

14  written waiver of indictment on file in your case?

15              Mr. Rodriguez?

16              DEFENDANT RODRIGUEZ:  Yes, sir.

17              THE COURT:  Ms. Flores?

18              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

19              THE COURT:  And Ms. Fowler?

20              DEFENDANT FOWLER:  Yes, sir.

21              THE COURT:  Now, even though Ms. Fowler's is on

22  file, it's got a place for the Court's signature, so I'm going

23  to sign it and have it refiled with the correction to the

24  style that we've talked about as well.

25              The others are on file, but do not have a place for
```

```
 1    the Court's signature.

 2              I'm satisfied that each of the defendants have

 3    knowingly and voluntarily waived his or her right to

 4    indictment by the grand jury and that waiver is accepted here

 5    in court.

 6              Julie, will you make sure to file this one that I've

 7    made the change and signed?  Thank you.

 8              All right.  Let me ask each defendant:  Have you

 9    received a copy of the charges against you in your case?

10              Your indictment, Mr. Nelson?

11              DEFENDANT NELSON:  Yes, sir.

12              THE COURT:  Your information, Mr. Rodriguez?

13              DEFENDANT RODRIGUEZ:  Yes, sir.

14              THE COURT:  Your indictment, Mr. Alvarez?

15              DEFENDANT ALVAREZ:  Yes, sir.

16              THE COURT:  Your indictment, Mr. Mena?

17              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

18              THE COURT:  Have you received a copy of your

19    information, Ms. Flores?

20              DEFENDANT FLORES-ESPINOZA:  Oh, yes.

21              THE COURT:  Your indictment, Mr. Heo?

22              DEFENDANT HEO:  Yes, sir.

23              THE COURT:  And your superseding information,

24    Ms. Fowler?

25              DEFENDANT FOWLER:  Yes, sir.
```

```
 1              THE COURT:  Have each of you read or had read to you
 2     your charges and do you fully understand the nature of those
 3     charges?
 4              Mr. Nelson?
 5              DEFENDANT NELSON:  Yes, sir.
 6              THE COURT:  Mr. Rodriguez?
 7              DEFENDANT RODRIGUEZ:  Yes, sir.
 8              THE COURT:  Mr. Alvarez?
 9              DEFENDANT ALVAREZ:  Yes, sir.
10              THE COURT:  Mr. Mena?
11              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.
12              THE COURT:  Ms. Flores?
13              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
14              THE COURT:  Mr. Heo?
15              DEFENDANT HEO:  Yes, sir.
16              THE COURT:  And Ms. Fowler?
17              DEFENDANT FOWLER:  Yes, sir.
18              THE COURT:  It would be appropriate at this time of
19     the proceeding for the United States Attorney to read each of
20     your charges here in open court; however, as a time-saving
21     matter, I will allow you to waive the reading of your formal
22     charges.
23              Do you wish to waive that reading, Mr. Nelson?
24              DEFENDANT NELSON:  Yes, sir.
25              THE COURT:  Mr. Rodriguez?
```

1          *DEFENDANT RODRIGUEZ:* Yes, sir.

2          *THE COURT:* Mr. Alvarez?

3          *DEFENDANT ALVAREZ:* Yes, sir.

4          *THE COURT:* Mr. Mena?

5          *DEFENDANT MENA-RODRIGUEZ:* Yes, sir.

6          *THE COURT:* Ms. Flores?

7          *DEFENDANT FLORES-ESPINOZA:* Yes, sir.

8          *THE COURT:* Mr. Heo?

9          *DEFENDANT HEO:* Yes, sir.

10         *THE COURT:* And Ms. Fowler?

11         *DEFENDANT FOWLER:* Yes, sir.

12         *THE COURT:* I will not require your charges to be

13    read here in open court.

14              You also have the right to have explained to you

15    what are called the essential elements of the offense to which

16    you are pleading, so I will ask upon Mr. Gatto with the U.S.

17    Attorney's Office to now set forth essential elements in each

18    case to the charge to which the defendant proposes to plead.

19    Please listen carefully as your case is called.

20              Mr. Gatto, you may group these as appropriate.

21         *MR. GATTO:* Your Honor, the only cases that will be

22    grouped is Mr. Nelson and Mr. Alvarez.

23         *THE COURT:* Okay.

24         *MR. GATTO:* And that is, for those elements:

25              First, that the defendant knowingly possessed a

1    firearm, as charged.

2         Second, that before the defendant possessed the

3    firearm, the defendant had been convicted in a court of a

4    crime punishable by imprisonment for a term in excess of one

5    year.

6         Third, the defendant knew he had been convicted of

7    such a crime at the time he possessed the firearm.

8         And fourth, that the firearm possessed traveled in

9    and affected interstate or foreign commerce; that is, before

10   the defendant possessed the charged firearm, it had traveled

11   at some time from one state to another or between any part of

12   the United States and any other country.

13         THE COURT:  Let me ask each of you:

14         Do you understand and admit that you committed all

15   of the essential elements of that offense?

16         Mr. Nelson?

17         DEFENDANT NELSON:  Yes, sir.

18         THE COURT:  Mr. Alvarez?

19         DEFENDANT ALVAREZ:  Yes, sir.

20         MR. GATTO:  As to Mr. Rodriguez:

21         First, that the defendant was in federal custody.

22         Second, that the defendant was in federal custody

23   due to a conviction for an offense.

24         Third, that the defendant left federal custody

25   without permission.

```
1              And fourth, that the defendant knew leaving would
2      result in his absence from custody without permission.
3              THE COURT:  Mr. Rodriguez, do you understand and
4      admit that you committed all of the essential elements of that
5      offense?
6              DEFENDANT RODRIGUEZ:  Yes, sir.
7              THE COURT:  Okay.
8              (Bench Conference with Courtroom Deputy)
9              THE COURT:  All right.  You may continue, Mr. Gatto.
10             MR. GATTO:  As to Mr. Mena:
11             First, that on or about the alleged date, the
12     defendant was an alien.
13             Second, that the defendant was previously removed
14     from the United States.
15             Third, that the defendant was found in the United
16     States.
17             And fourth, that the defendant had not received the
18     express consent of either the Attorney General of the United
19     States or the Secretary of the Department of Homeland Security
20     to reapply for admission to the United States since the time
21     of the defendant's previous removal.
22             THE COURT:  Mr. Mena, do you understand and admit
23     that you committed all of the essential elements of that
24     offense?
25             DEFENDANT MENA-RODRIGUEZ:  Yes, sir.
```

1              *MR. GATTO:*  As to Ms. Flores:

2              First, that the defendant knowingly made a false

3    statement or representation.

4              Second, that the defendant made the statement or

5    representation to a licensed dealer, importer, manufacturer or

6    collector of firearms within the meaning of Chapter 44, Title

7    18, United States Code.

8              And third, that the statement pertained to

9    information that the law requires the licensed dealer,

10   importer, manufacturer, or collector to keep.

11             She's also charged as an aider and abettor, and the

12   elements of aiding and abetting are:

13             First, that the offense of making a false statement

14   to a licensed firearms dealer was committed.

15             Second, that the defendant associated with the

16   criminal venture.

17             Third, that the defendant purposely participated in

18   the criminal venture.

19             And fourth, that the defendant sought by action to

20   make the venture successful.

21             *THE COURT:*  Ms. Flores, do you understand and admit

22   that you committed all of the essential elements of that

23   offense?

24             *DEFENDANT FLORES-ESPINOZA:*  Yes, sir.

25             *MR. GATTO:*  As to Mr. Heo:

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

1          First, that on or about the date alleged in the

2    indictment, the defendant intentionally took money from a

3    person or presence of another.

4          Second, that the money belonged to a bank, the

5    deposits of which were then insured by the Federal Deposit

6    Insurance Corporation.

7          And third, that the defendant took the money by

8    means of intimidation.

9          *THE COURT:*  Mr. Heo, do you understand and admit

10   that you committed all of the essential elements of that

11   offense?

12         *DEFENDANT HEO:*  Yes, sir.

13         *MR. GATTO:*  And finally, as to Ms. Fowler:

14         First, that two or more persons, directly or

15   indirectly, reached an agreement to distribute or possess with

16   intent to distribute a controlled substance, as charged in the

17   information.

18         Second, that the defendant knew of the unlawful

19   purpose of the agreement.

20         Third, that the defendant joined in the agreement

21   willfully, that is, with the intent to further its unlawful

22   purpose.

23         Fourth, that the overall scope of the conspiracy

24   involved a mixture and substance containing a detectable

25   amount of methamphetamine, a Schedule II controlled substance.

```
 1              And fifth, the defendant knew or reasonably should
 2     have known that the scope of the conspiracy involved a mixture
 3     and substance containing a detectable amount of
 4     methamphetamine.
 5              THE COURT:  All right.  Ms. Fowler, do you
 6     understand and admit that you committed all of the essential
 7     elements of that offense?
 8              DEFENDANT FOWLER:  Yes, sir.
 9              THE COURT:  Okay.  To all defendants:
10              You are appearing here today with your attorney and
11     you have indicated to me that you have discussed with your
12     attorney the charges against you, the matter of federal
13     sentencing, and how the sentencing guidelines might apply in
14     your case.
15              Are each of you fully satisfied with the legal
16     representation and advice that you have received from your
17     attorney in your case?
18              Mr. Nelson?
19              DEFENDANT NELSON:  Yes, sir.
20              THE COURT:  Mr. Rodriguez?
21              DEFENDANT RODRIGUEZ:  Yes, sir.
22              THE COURT:  Mr. Alvarez?
23              DEFENDANT ALVAREZ:  Yes, sir.
24              THE COURT:  Mr. Mena?
25              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.
```

1        *THE COURT:*  Ms. Flores?

2        *DEFENDANT FLORES-ESPINOZA:*  Yes, sir.

3        *THE COURT:*  Mr. Heo?

4        *DEFENDANT HEO:*  Yes, sir.

5        *THE COURT:*  And Ms. Fowler?

6        *DEFENDANT FOWLER:*  Yes, sir.

7        *THE COURT:*  There are two plea agreements before the

8   Court, one for Ms. Flores and one for Ms. Fowler, so I need to

9   go over a few documents with those defendants for a moment.

10        For Ms. Flores, I have a plea agreement with waiver

11  of appeal, as well as a separate document entitled plea

12  agreement supplement.

13        And for Ms. Fowler, yours -- I have one document

14  entitled Plea Agreement, with appellate rights waiver in

15  parenthesis.

16        So, for these questions I'm going to ask you, those

17  are the documents in each case, each of your cases, that I'm

18  referring to.

19        First, is it your signature on your plea agreement

20  and supplement, Ms. Flores?

21        *DEFENDANT FLORES-ESPINOZA:*  Yes, sir.

22        *THE COURT:*  And is it your signature on yours,

23  Ms. Fowler?

24        *DEFENDANT FOWLER:*  Yes, sir.

25        *THE COURT:*  Now, I note in Ms. Fowler's plea

1  agreement, the date for the signatures has been left blank on

2  page 7 where the U.S. Attorneys have signed it.

3          I note that Ms. Fowler signed on July 20th, 2023.

4  Ms. Carreras signed on -- July 24th, 2023?

5          *MS. CARRERAS:*  I think that's a -- we signed

6  together, so I think it was probably the 20th.

7          *THE COURT:*  Okay.  The 20th?

8          *MS. CARRERAS:*  The 20th.  I can double-check that in

9  my notes.

10         *THE COURT:*  I'm just going to -- I'm just going to

11  take the 20th as the date signed --

12         *DEFENDANT FOWLER:*  Okay.

13         *THE COURT:*  -- for the record, and we're not going

14  to correct -- since it's already on file, we would have to

15  file an amended one.  Let's just take July 20th, 2023, as the

16  signature date.

17         Is that acceptable to the government?

18         *MR. GATTO:*  Yes, Your Honor.

19         *THE COURT:*  And any issue from the defense?

20         *MS. CARRERAS:*  Nothing from the defense, Your Honor.

21  Thank you.

22         *THE COURT:*  Do you agree, Ms. Fowler?

23         *DEFENDANT FOWLER:*  Yes.

24         *(Bench Conference with Courtroom Deputy)*

25         *THE COURT:*  All right.  So, it is each of your

```
 1    signatures on your plea agreements.
 2              Did you read or have read to you your plea
 3    documents, and do you fully understand all of your plea
 4    documents?
 5              Ms. Flores?
 6              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
 7              THE COURT:  Ms. Fowler?
 8              DEFENDANT FOWLER:  Yes, sir.
 9              THE COURT:  By placing your signature upon your plea
10    documents, are you asking the Court to accept and approve your
11    agreement with the government?
12              Ms. Flores?
13              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
14              THE COURT:  Ms. Fowler?
15              DEFENDANT FOWLER:  Yes, sir.
16              THE COURT:  Each plea agreement does have a waiver
17    of appeal.  It's paragraph 14 on page 7 of Ms. Flores' plea
18    agreement, and paragraph 12 on page 6 of your plea agreement,
19    Ms. Fowler.
20              I just want to specifically ask you:  Did you read
21    and fully understand the waiver of appeal paragraph and did
22    you discuss it with your attorney?
23              Ms. Flores?
24              (Conferring with counsel)
25              DEFENDANT FLORES-ESPINOZA:  Okay.  Yes.
```

```
1              THE COURT:  All right.  How about for you,
2    Ms. Fowler?
3              DEFENDANT FOWLER:  Yes, sir.
4              THE COURT:  Okay.  Do each of you knowingly and
5    voluntarily waive your right to appeal as it is set forth in
6    your plea agreement?
7              Ms. Flores?
8              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
9              THE COURT:  Ms. Fowler?
10             DEFENDANT FOWLER:  Yes, sir.
11             THE COURT:  Are all of the terms of your agreement
12   with the government set forth in your written plea documents?
13             Ms. Flores?
14             DEFENDANT FLORES-ESPINOZA:  Yes.
15             THE COURT:  Ms. Fowler?
16             DEFENDANT FOWLER:  Yes, sir.
17             THE COURT:  Did you voluntarily and of your own free
18   will enter into this agreement with the government?
19             Ms. Flores?
20             DEFENDANT FLORES-ESPINOZA:  Yes, sir.
21             THE COURT:  And Ms. Fowler?
22             DEFENDANT FOWLER:  Yes.
23             THE COURT:  Other than the written plea agreement,
24   has anyone made any promise or assurance to you of any kind in
25   an effort to induce you to enter a plea of guilty in your
```

1    case?

2              Ms. Flores?

3              *DEFENDANT FLORES-ESPINOZA:*  No, sir.

4              *THE COURT:*  Ms. Fowler?

5              *DEFENDANT FOWLER:*  No, sir.

6              *THE COURT:*  All right.  Then I note that the plea

7    agreement -- the plea documents in each of these cases is

8    already on file in your cases.

9              Let me ask those without a plea agreement:  Has

10   anyone made any promise or assurance to you of any kind in an

11   effort to induce you to enter a plea of guilty in your case?

12             Mr. Nelson?

13             *DEFENDANT NELSON:*  No, sir.

14             *THE COURT:*  Mr. Rodriguez?

15             *(Conferring with counsel)*

16             *DEFENDANT RODRIGUEZ:*  No, sir.

17             *THE COURT:*  Okay.  Mr. Alvarez?

18             *DEFENDANT ALVAREZ:*  No, sir.

19             *THE COURT:*  Mr. Mena?

20             *DEFENDANT MENA-RODRIGUEZ:*  No, sir.

21             *THE COURT:*  Mr. Heo?

22             *DEFENDANT HEO:*  No, sir.

23             *MR. GATTO:*  Your Honor?

24             *THE COURT:*  Yes.

25             *MR. GATTO:*  Just as to Ms. Fowler, hers is an

1    amended plea agreement, which is not on file yet because we

2    just did that one today.

3         THE COURT:  Oh, you're right.  No, I don't have that

4    one in front of me -- I do.  I buried it.  You're correct.

5    Forgive me for that.

6         MR. GATTO:  And if you don't mind ordering it filed?

7         THE COURT:  And so that you would have a new

8    signature date on here, I'm assuming.

9         MR. GATTO:  Yeah.  I had put 24 July.  That's why I

10   was wondering where that came from.

11        THE COURT:  Well, the original one on file for

12   Ms. Fowler had a blank there above the signature.

13        MR. GATTO:  Yeah, but when I did this one, I dated

14   it, and I dated it 24 July because I think that's when counsel

15   signed it, and that's when we got it, so --

16        MS. CARRERAS:  I believe, Your Honor, my date must

17   have been blank, and I signed it on the -- or I put the date

18   in on the 24th as the date that I sent it to the government,

19   so --

20        MR. GATTO:  Which is fine, and 24 July works as an

21   operative date, too.  I know we said earlier 20 July, but --

22        THE COURT:  That will be fine.

23        Ms. Fowler, would any of your answers change with

24   regard to your plea agreement based upon this amendment that

25   we've all talked about?

```
 1              DEFENDANT FOWLER:  No, sir.
 2              THE COURT:  Okay.  I'm satisfied then.  So, we will
 3    order the filing of the amended plea agreement, which changes
 4    the style as the defense requested, and does now reflect
 5    signature dates as well.
 6              Thank you for catching that.
 7              All right.  Where was I?
 8              Did I ask if anyone mentally, physically, or in any
 9    other way -- okay.
10              Let me ask each defendant:  Has anyone mentally,
11    physically, or in any other way attempted to force you to
12    plead guilty in your case?
13              Mr. Nelson?
14              DEFENDANT NELSON:  No, sir.
15              THE COURT:  Mr. Rodriguez?
16              DEFENDANT RODRIGUEZ:  No, sir.
17              THE COURT:  Mr. Alvarez?
18              DEFENDANT ALVAREZ:  No, sir.
19              THE COURT:  Mr. Mena?
20              DEFENDANT MENA-RODRIGUEZ:  No, sir.
21              THE COURT:  Ms. Flores?
22              DEFENDANT FLORES-ESPINOZA:  No, sir.
23              THE COURT:  Mr. Heo?
24              DEFENDANT HEO:  No, sir.
25              THE COURT:  And Ms. Fowler?
```

```
1              DEFENDANT FOWLER:  No, sir.

2              THE COURT:  Are you a citizen of the United States?

3         Mr. Nelson?

4              DEFENDANT NELSON:  Yes, sir.

5              THE COURT:  Mr. Rodriguez?

6              DEFENDANT RODRIGUEZ:  No, sir.

7              THE COURT:  Mr. Alvarez?

8              DEFENDANT ALVAREZ:  Yes, sir.

9              THE COURT:  Mr. Mena?

10             DEFENDANT MENA-RODRIGUEZ:  No, sir.

11             THE COURT:  Ms. Flores?

12             DEFENDANT FLORES-ESPINOZA:  No, sir.

13             THE COURT:  Mr. Heo?

14             DEFENDANT HEO:  Yes, sir.

15             THE COURT:  And Ms. Fowler?

16             DEFENDANT FOWLER:  Yes, sir.

17             THE COURT:  So, as to defendants Rodriguez, Mena,

18        and Flores, I need to inform you that your conviction in your

19        case could result in deportation, that is, you could be

20        required to leave the United States, and it could adversely

21        affect your ability to ever become a citizen of the United

22        States.

23             Have each of you discussed with your attorneys the

24        probability that you could be deported if you are adjudged

25        guilty of the charge against you, and that your deportation by
```

```
1    U.S. immigration officials may even be mandatory or certain?

2              Have you done so, Mr. Rodriguez?

3              DEFENDANT RODRIGUEZ:  No, sir.

4              THE COURT:  You have not?  Okay.  Then I need y'all

5    to have that conversation.  You need to understand --

6              Well, let her advise you as to what I've just

7    explained.

8              (Conferring with counsel)

9              THE COURT:  Have you discussed all of that with your

10   attorney, Mr. Mena?

11             DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

12             THE COURT:  Ms. Flores?

13             DEFENDANT FLORES-ESPINOZA:  Yes, sir.

14             THE COURT:  All right.  And Mr. Rodriguez, have you

15   had a chance to now discuss that with your attorney?

16             DEFENDANT RODRIGUEZ:  Yes, sir.

17             THE COURT:  Okay.

18             MS. SULLIVAN:  Your Honor, he wanted to clarify that

19   he is a citizen.  He misunderstood your initial question.

20             THE COURT:  Okay.  And that probably took place with

21   Mr. Weinbel, your attorney, Chris Weinbel, who was your

22   attorney up until today?

23             DEFENDANT RODRIGUEZ:  Yes, sir.

24             THE COURT:  Okay.  All right.  Very good.  I think

25   that's clear.
```

```
1              To the remaining defendants:  As citizens, I need to

2    inform you that the offense to which you're pleading guilty is

3    a felony, and conviction of a felony may deprive you of

4    valuable rights of your citizenship, such as the right to

5    vote, to ever hold public office or serve on a jury, to ever

6    possess any kind of firearm, and other valuable rights.

7              Do you understand that consequence, Mr. Nelson?

8              DEFENDANT NELSON:  Yes, sir.

9              THE COURT:  Mr. Alvarez?

10             DEFENDANT ALVAREZ:  Yes, sir.

11             THE COURT:  Let's see.  Mr. Heo?

12             DEFENDANT HEO:  Yes, sir.

13             THE COURT:  And Ms. Fowler?

14             DEFENDANT FOWLER:  Yes, sir.

15             THE COURT:  In addition, I'll call upon Mr. Gatto

16   with the U.S. Attorney's Office to now set forth the potential

17   penalties for and consequences of conviction for the charge to

18   which each defendant proposes to plead.

19             Again, please listen carefully.

20             MR. GATTO:  The punishments as to Mr. Nelson and

21   Mr. Alvarez are the same, and that is:

22             Imprisonment for a period not to exceed 15 years; a

23   fine not to exceed $250,000; a supervised-release term not to

24   exceed 3 years, which would follow any term of imprisonment;

25   and if the defendant violated any of those supervised-release
```

1   conditions, the Court could revoke the supervised release and

2   order the defendant serve an additional period of confinement;

3   a $100 mandatory special assessment; possible restitution to

4   victims or the community; and forfeiture of firearms and

5   ammunition.

6           *THE COURT:*  And do each of you understand that if

7   you plead guilty, you may be subject to those penalties and

8   consequences just explained?

9           Mr. Nelson?

10          *DEFENDANT NELSON:*  Yes, sir.

11          *THE COURT:*  Mr. Alvarez?

12          *DEFENDANT ALVAREZ:*  Yes, sir.

13          *MR. GATTO:*  As to Mr. Rodriguez:

14          Imprisonment not to exceed 5 years; a fine not to

15  exceed $250,000; a supervised-release term not to exceed 3

16  years, which would follow any term of imprisonment; and if the

17  defendant violated any of those conditions of supervised

18  release, the Court could revoke that supervised release and

19  order the defendant serve additional confinement; a $100

20  mandatory special assessment; restitution, which may be

21  mandatory under the law; and costs of incarceration and

22  supervision.

23          *THE COURT:*  Mr. Rodriguez, do you understand that if

24  you plead guilty, you may be subject to the penalties and

25  consequences just explained?

1          *DEFENDANT RODRIGUEZ:*  Yes, sir.

2          *MR. GATTO:*  As to Mr. Mena:

3          A term of imprisonment not to exceed 10 years; a

4     fine of $250,000; a supervised-release term not to exceed 3

5     years; and if the defendant violates those conditions of

6     supervised release, which would follow any term of

7     imprisonment, the Court could revoke that term of supervised

8     release and order the defendant serve additional time in

9     confinement; a $100 mandatory special assessment; and, of

10    course, the immigration consequences that were referred

11    earlier.

12         *THE COURT:*  All right.  And that was for

13    Mr. Rodriguez?

14         *MR. GATTO:*  Mena-Rodriguez.

15         *THE COURT:*  Mena, pardon me.

16         Mr. Mena, do you understand that if you plead

17    guilty, you may be subject to the penalties and the

18    consequences just explained?

19         *DEFENDANT MENA-RODRIGUEZ:*  Yes, sir.

20         *MR. GATTO:*  As to Ms. Flores:

21         Imprisonment for a period not to exceed 5 years; a

22    fine not to exceed $250,000, or both a fine and imprisonment;

23    a supervised-release term not to exceed 3 years, which would

24    follow any imprisonment term; and if the defendant violated

25    the supervised-release conditions, the Court could revoke that

1    supervised release and order the defendant serve additional

2    prison time; a $100 mandatory special assessment; possible

3    restitution; and forfeiture of property.

4           THE COURT:  Ms. Flores, do you understand that if

5    you plead guilty, you may be subject to those penalties and

6    consequences just explained?

7           DEFENDANT FLORES-ESPINOZA:  Yes, sir.

8           MR. GATTO:  As to Mr. Heo:

9           Imprisonment not to exceed 20 years; a fine not to

10   exceed $250,000, or twice any pecuniary gain to the defendant

11   or twice any loss to any victims; a supervised-release term

12   not to exceed 3 years, which would follow any imprisonment

13   term; and if the defendant violated those supervised-release

14   conditions, the Court could revoke the supervised release and

15   order the defendant serve an additional period in confinement;

16   a $100 mandatory special assessment; restitutions to the

17   victim or the community, which may be mandatory under the law;

18   forfeiture of property; and costs of incarceration and

19   supervision.

20          THE COURT:  Mr. Heo, do you understand that if you

21   plead guilty, you may be subject to those penalties and

22   consequences just explained?

23          DEFENDANT HEO:  Yes, sir.

24          MR. GATTO:  And finally, as to Ms. Fowler:

25          Imprisonment not to exceed 20 years; a fine not to

1    exceed $1 million, or both a fine and imprisonment; a

2    supervised-release term of at least 3 years to a maximum of

3    life, which is mandatory under the law and would follow any

4    imprisonment term; if the defendant violated any of the

5    supervised-release conditions, the Court could revoke the

6    supervised release and order the defendant serve additional

7    prison time; a $100 mandatory special assessment; and

8    forfeiture of property.

9         *THE COURT:*  Ms. Fowler, do you understand that if

10   you plead guilty, you may be subject to those penalties and

11   consequences just explained?

12        *DEFENDANT FOWLER:*  Yes, sir.

13        *THE COURT:*  Okay.  To all defendants:  Do you

14   understand that if the -- let me pause just a moment.

15        (Defendant Fowler and counsel conferring)

16        *THE COURT:*  To all defendants:  Do you understand

17   that if the sentence you receive is more severe than you might

18   expect, you'll still be bound by your plea of guilty and

19   you'll have no right to withdraw it?

20        Do you understand, Mr. Nelson?

21        *DEFENDANT NELSON:*  Yes, sir.

22        *THE COURT:*  Mr. Rodriguez?

23        *DEFENDANT RODRIGUEZ:*  Yes, sir.

24        *THE COURT:*  Mr. Alvarez?

25        *DEFENDANT ALVAREZ:*  Yes, sir.

```
 1              THE COURT:  Mr. Mena?

 2              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

 3              THE COURT:  Ms. Flores?

 4              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

 5              THE COURT:  Mr. Heo?

 6              DEFENDANT HEO:  Yes, sir.

 7              THE COURT:  Ms. Fowler?

 8              DEFENDANT FOWLER:  Yes, sir.

 9              THE COURT:  The plea agreements before the Court for

10     Ms. Flores and Ms. Fowler do contain language of a promise by

11     the government to dismiss other charges or to not bring

12     additional charges, and, therefore, the Court must decide

13     whether to accept those plea agreements.

14              If the Court were to reject them, you would

15     then have an -- on that basis, you would then have an

16     opportunity to withdraw your guilty plea and change it to not

17     guilty.

18              I don't recall seeing a nonbinding recommendation in

19     either one.  Okay.

20              Now, I know we've talked about a lot up to this

21     point.  Do any of you have any questions for your attorney or

22     for me about anything that we've talked about?

23              Mr. Nelson?

24              DEFENDANT NELSON:  No, sir.

25              THE COURT:  Mr. Rodriguez?
```

```
1            DEFENDANT RODRIGUEZ:  No, sir.

2            THE COURT:  Any questions, Mr. Alvarez?

3            DEFENDANT ALVAREZ:  No, sir.

4            THE COURT:  Mr. Mena?

5            DEFENDANT MENA-RODRIGUEZ:  No, sir.

6            THE COURT:  Ms. Flores?

7            DEFENDANT FLORES-ESPINOZA:  No, sir.

8            THE COURT:  Any questions, Mr. Heo?

9            DEFENDANT HEO:  No, sir.

10            THE COURT:  Ms. Fowler?

11            DEFENDANT FOWLER:  No, sir.

12            THE COURT:  Then having heard all of the foregoing,

13    I now ask:

14            How do you plead to the one-count indictment against

15    you, Mr. Nelson, guilty or not guilty?

16            DEFENDANT NELSON:  Guilty.

17            THE COURT:  How do you plead to the one-count

18    information against you, Mr. Rodriguez, guilty or not guilty?

19            DEFENDANT RODRIGUEZ:  Guilty.

20            THE COURT:  How do you plead to the one-count

21    indictment against you, Mr. Alvarez, guilty or not guilty?

22            DEFENDANT ALVAREZ:  Guilty.

23            THE COURT:  How do you plead to the one-count

24    indictment against you, Mr. Mena, guilty or not guilty?

25            DEFENDANT MENA-RODRIGUEZ:  Guilty.
```

```
 1              THE COURT:  How do you plead to the one-count
 2   information against you, Ms. Flores, guilty or not guilty?
 3              DEFENDANT FLORES-ESPINOZA:  Guilty.
 4              THE COURT:  How do you plead to the one-count
 5   indictment against you, Mr. Heo, guilty or not guilty?
 6              DEFENDANT HEO:  Guilty.
 7              THE COURT:  And how do you plead to the one-count
 8   superseding information against you, Ms. Fowler, guilty or not
 9   guilty?
10              DEFENDANT FOWLER:  Guilty, Your Honor.
11              THE COURT:  To defense counsel:  Is the guilty plea
12   of your client consistent with your legal advice?
13              Ms. Sullivan, as to all clients?
14              MS. SULLIVAN:  Yes, Your Honor.
15              THE COURT:  Mr. Lehmann, as to all clients?
16              MR. LEHMANN:  Yes, Your Honor.
17              THE COURT:  And Ms. Carreras?
18              MS. CARRERAS:  Yes, Your Honor.
19              THE COURT:  Then I'll accept each of the pleas of
20   guilty before the Court on the condition that there is a
21   factual basis to support such pleas, and in federal court, we
22   do that by way of a document entitled a factual resume.  I
23   have received factual resumes for each of the cases before the
24   Court this morning, and these factual resumes appear to be
25   signed by each defendant and his or her counsel.
```

```
 1              Is it your signature on your factual resume,
 2    Mr. Nelson?
 3              DEFENDANT NELSON:  Yes, sir.
 4              THE COURT:  Mr. Rodriguez?
 5              DEFENDANT RODRIGUEZ:  Yes, sir.
 6              THE COURT:  Mr. Alvarez?
 7              DEFENDANT ALVAREZ:  Yes, sir.
 8              THE COURT:  Is it your signature on your factual
 9    resume, Mr. Mena?
10              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.
11              THE COURT:  Ms. Flores?
12              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
13              THE COURT:  Mr. Heo?
14              DEFENDANT HEO:  Yes, sir.
15              THE COURT:  And Ms. Fowler, we have an amended
16    factual resume reflecting that same change to the style of the
17    case.
18              Is it your signature on that amended factual resume?
19              DEFENDANT FOWLER:  Yes, sir.
20              THE COURT:  Okay.  Let me ask each of the
21    defendants:
22              Have you read or had read to you your factual resume
23    and do you fully understand this document in your case?
24              Mr. Nelson?
25              DEFENDANT NELSON:  Yes, sir.
```

```
 1              THE COURT:  Mr. Rodriguez?

 2              DEFENDANT RODRIGUEZ:  Yes, sir.

 3              THE COURT:  Mr. Alvarez?

 4              DEFENDANT ALVAREZ:  Yes, sir.

 5              THE COURT:  Mr. Mena?

 6              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

 7              THE COURT:  Ms. Flores?

 8              DEFENDANT FLORES-ESPINOZA:  Yes, sir.

 9              THE COURT:  Mr. Heo?

10              DEFENDANT HEO:  Yes, sir.

11              THE COURT:  And Ms. Fowler, as to your amended as

12    well?

13              DEFENDANT FOWLER:  Yes, sir.

14              THE COURT:  Are the facts that are stated in your

15    factual resume true and correct?

16         Mr. Nelson?

17              DEFENDANT NELSON:  Yes, sir.

18              THE COURT:  Mr. Rodriguez?

19              DEFENDANT RODRIGUEZ:  Yes, sir.

20              THE COURT:  Mr. Alvarez?

21              DEFENDANT ALVAREZ:  Yes, sir.

22              THE COURT:  Mr. Mena?

23              DEFENDANT MENA-RODRIGUEZ:  Yes, sir.

24              THE COURT:  Ms. Flores?

25              DEFENDANT FLORES-ESPINOZA:  Yes, sir.
```

```
 1              THE COURT:  Mr. Heo?

 2              DEFENDANT HEO:  Yes, sir.

 3              THE COURT:  And Ms. Fowler?

 4              DEFENDANT FOWLER:  Yes, sir.

 5              THE COURT:  To defense counsel:  Are the facts

 6     stated in your clients' factual resumes consistent with the

 7     true facts as you understand them from your investigation?

 8              Ms. Sullivan, as to all clients?

 9              MS. SULLIVAN:  Yes, Your Honor.

10              THE COURT:  Mr. Lehmann, as to all clients?

11              MR. LEHMANN:  Yes, Your Honor.

12              THE COURT:  And Ms. Carreras?

13              MS. CARRERAS:  Yes, Your Honor.

14              THE COURT:  Okay.  It would be appropriate at this

15     time --

16              (Defendant Fowler and counsel conferring)

17              THE COURT:  It would be appropriate at this time of

18     the proceeding to have the United States Attorney read the

19     facts out of each factual resume before the Court; however,

20     based upon the answers from each defendant and defense counsel

21     regarding those facts, as a time-saving matter, I will allow

22     you to waive the reading of your facts here in open court.

23              Do you wish to waive that reading, Mr. Nelson?

24              DEFENDANT NELSON:  Yes, sir.

25              THE COURT:  Mr. Rodriguez?
```

1          *DEFENDANT RODRIGUEZ:*  Yes, sir.

2          *THE COURT:*  Mr. Alvarez?

3          *DEFENDANT ALVAREZ:*  Yes, sir.

4          *THE COURT:*  Mr. Mena?

5          *DEFENDANT MENA-RODRIGUEZ:*  Yes, sir.

6          *THE COURT:*  Ms. Flores?

7          *DEFENDANT FLORES-ESPINOZA:*  Yes, sir.

8          *THE COURT:*  Mr. Heo?

9          *DEFENDANT HEO:*  Yes, sir.

10         *THE COURT:*  And Ms. Fowler?

11         *DEFENDANT FOWLER:*  Yes, sir.

12         *THE COURT:*  Okay.  I will not require the facts to

13    be read out of the factual resumes.

14         I order the amended factual resume to be filed for

15    Ms. Fowler, and as to all factual resumes to the extent not

16    already on file.

17         The Court being satisfied with the responses given

18    during this hearing finds that each defendant is fully

19    competent and capable of entering an informed plea, and that

20    his or her plea of guilty to the charge against him or her is

21    a knowing and voluntary plea supported by an independent basis

22    in fact containing each of the essential elements of the

23    offense charged against the defendant.

24         I hereby accept each of your pleas of guilty, and I

25    pronounce you guilty of the charge to which you have pled.

1          As I stated earlier in the proceeding, a presentence

2     report will be prepared by the probation office to assist the

3     district court in sentencing.  You will be asked to give

4     information for that report, and your degree of cooperation

5     could be a factor in the severity of the sentence you receive.

6          Your attorney is ordered to be present at your

7     interview, having a recent familiarity with the sentencing

8     guidelines, and, specifically, Section 3E1.1, application note

9     1(a), which deals with acceptance of responsibility.

10         Because I have conducted this hearing based upon

11     your consent and the referral of the matter to me, I make a

12     written report to the district court, to the district judge,

13     telling him what you have said and done here today and what I

14     have found.

15         I also tell you that if you or your attorney have

16     any objections to anything I may have said or done, or to the

17     report itself, those objections must be filed within 14 days

18     from the date of this hearing.

19         My clerk will deliver the presentence referral form

20     to the probation office.  A copy of that form has been

21     provided to each defense counsel, and I simply remind counsel

22     of your responsibility to contact the probation office as soon

23     as practicable for further instruction regarding the

24     presentence investigation.

25         Defendants Nelson, Alvarez, Heo, and Fowler, you are

1   each scheduled to be sentenced on December 1, 2023, at

2   9:00 a.m., before the Honorable Judge Reed O'Connor in this

3   courtroom.

4           Defendants Rodriguez and Flores, you are each

5   scheduled to be sentenced on December 8, 2023, at 9:00 a.m.,

6   by Judge O'Connor in this courtroom.

7           And Mr. Mena, you are scheduled to be sentenced

8   November 30, 2023, at 9:00 a.m., before the Honorable Judge

9   Mark Pittman in the fourth floor courtroom.

10          Is there any need to reconsider the custodial status

11  of Mr. Nelson from the government?

12          MR. GATTO:  No, Your Honor.

13          THE COURT:  I note that I have a release status

14  report to the Court indicating you're in full compliance with

15  your conditions, Mr. Nelson.

16          DEFENDANT NELSON:  Yes, sir.

17          THE COURT:  So I will find by clear and convincing

18  evidence that you will not be a risk of flight or

19  nonappearance or a danger to the community if you're allowed

20  to remain out on your conditions pending your next hearing.

21  So, you are excused at this time.  I wish you good luck as you

22  go forward.

23          I wish all of the defendants good luck as you go

24  forward as well, and I'll hereby remand the remaining

25  defendants to the custody of the marshal, and counsel are all

1    excused.

2            *COURT SECURITY OFFICER:*  All rise.  Court is

3    adjourned.

4            *(End of Proceedings)*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **REPORTER'S CERTIFICATE**

2           I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5           I further certify that the transcript fees format

6     comply with those prescribed by the Court and the Judicial

7     Conference of the United States.

8           Signed this 14th day of February, 2024.

9

10                               /s/ Debra G. Saenz

11                          DEBRA G. SAENZ, CSR, RMR, CRR
                            Texas CSR No. 3158
12                          Official Court Reporter
                            The Northern District of Texas
13                          Fort Worth Division

14

15    CSR Expires:          1/31/2026

16    Business Address:     501 W. 10th Street, Room 507
                            Fort Worth, Texas  76102
17

18    Telephone:            817.850.6661

19    E-Mail Address:       debbie.saenz@yahoo.com

20

21

22

23

24

25

COURT SECURITY OFFICERS: [1]
59/2
DEFENDANT ALVAREZ: [34]  6/4 8/9
9/25 11/9 12/14 13/9 14/25 15/19
17/10 18/7 20/4 20/21 21/15 22/7
22/23 23/14 24/9 28/15 29/9 30/3
31/19 35/23 40/18 42/18 43/8 45/10
46/12 49/25 51/3 51/22 53/7 54/4
54/21 56/3
DEFENDANT FLORES-ESPINOZA:
[46]  8/18 8/22 10/4 11/13 12/2 12/18
13/13 15/4 15/23 17/14 18/11 20/8
20/25 21/20 22/11 23/2 23/18 24/13
24/22 27/2 27/10 27/18 28/20 29/13
30/7 33/24 36/2 36/21 38/6 38/13
38/25 39/8 39/14 39/20 40/3 42/22
43/12 44/13 48/7 50/4 51/7 52/3 53/12
54/8 54/25 56/7
DEFENDANT FOWLER: [51]  9/13
9/15 10/8 10/14 10/17 10/23 11/17
12/22 13/17 15/8 16/2 17/18 18/15
20/12 21/6 21/24 22/15 23/6 23/22
24/1 24/17 27/4 27/12 27/20 28/25
29/17 30/11 35/8 36/6 36/24 37/12
37/23 38/8 38/15 39/3 39/10 39/16
39/22 40/5 42/1 43/1 43/16 45/14
49/12 50/8 51/11 52/10 53/19 54/13
55/4 56/11
DEFENDANT HEO: [36]  6/22 8/25 9/2
10/6 11/15 12/20 13/15 15/6 15/25
17/16 18/13 20/10 21/2 21/4 21/22
22/13 23/4 23/20 24/15 28/22 29/15
30/9 34/12 36/4 40/22 42/24 43/14
45/12 48/23 50/6 51/9 52/6 53/14
54/10 55/2 56/9
DEFENDANT MENA-RODRIGUEZ:
[36]  6/12 8/12 8/15 10/2 11/11 11/25
12/16 13/11 15/2 15/21 17/12 18/9
20/6 20/23 21/17 22/9 22/25 23/16
24/11 28/17 29/11 30/5 32/25 35/25
40/20 42/20 43/10 44/11 47/19 50/2
51/5 51/25 53/10 54/6 54/23 56/5
DEFENDANT NELSON: [35]  5/10 8/2
9/21 11/5 12/10 13/5 14/21 15/15 17/6
18/3 19/25 20/17 21/10 22/3 22/19
23/10 24/5 28/11 29/5 29/24 31/17
35/19 40/13 42/14 43/4 45/8 46/10
49/21 50/24 51/16 53/3 53/25 54/17
55/24 58/16
DEFENDANT RODRIGUEZ: [40]  5/24
8/5 8/7 9/23 11/7 12/12 13/7 14/23
15/17 17/8 18/5 20/2 20/19 21/13 22/5
22/21 23/12 24/7 26/25 27/8 27/16
28/13 29/7 30/1 32/6 35/21 40/16
42/16 43/6 44/3 44/16 44/23 47/1
49/23 51/1 51/19 53/5 54/2 54/19 56/1
DEPUTY U.S. MARSHAL: [1]  9/9
MR. GATTO: [24]  5/13 10/18 30/21
30/24 31/20 32/10 33/1 33/25 34/13
37/18 40/23 40/25 41/6 41/9 41/13
41/20 45/20 46/13 47/2 47/14 47/20
48/8 48/24 58/12
MR. LEHMANN: [4]  25/5 25/14 52/16
55/11
MS. CARRERAS: [8]  25/7 25/16 37/5
37/8 37/20 41/16 52/18 55/13
MS. SULLIVAN: [8]  5/16 5/19 6/8 25/3
25/12 44/18 52/14 55/9

THE COURT: [316]

$1 [1]  49/1
$1 million [1]  49/1
$100 [6]  46/3 46/19 47/9 48/2 48/16
49/7
$250,000 [5]  45/23 46/15 47/4 47/22
48/10

-

-- on [1]  50/15

/

/s [1]  60/10

0

05 [1]  4/3

1

1/31/2026 [1]  60/15
10 [1]  47/3
101 [1]  3/9
10th [2]  3/12 60/16
12 [2]  26/12 38/18
14 [2]  38/17 57/17
14th [1]  60/8
15 [1]  45/22
16 [1]  26/11
1700 [1]  2/22
18 [2]  18/20 33/7
192 [1]  7/1
1984 [1]  17/19

2

20 [3]  41/21 48/9 48/25
2023 [14]  1/6 1/11 1/16 1/21 2/3 2/8
2/13 5/2 37/3 37/4 37/15 58/1 58/5
58/8
2024 [1]  60/8
2026 [1]  60/15
205 [1]  6/2
208 [1]  6/9
20th [6]  37/3 37/6 37/7 37/8 37/11
37/15
212 [1]  6/20
219 [1]  5/7
23 [9]  1/6 1/11 1/16 1/21 2/3 2/8 2/13
5/2 26/12
244 [1]  6/15
248 [1]  5/21
24th [2]  37/4 41/18
27 [1]  20/19
29 [2]  21/2 21/3

3

30 [1]  58/8
3158 [1]  60/11
311 [1]  20/21
3553 [1]  18/21
38 [1]  20/25
3E1.1 [1]  57/8

4

43 [1]  20/23
44 [1]  33/6
4:23-CR-192 [1]  7/1
4:23-CR-192-O-1 [1]  2/11
4:23-CR-205 [1]  6/2

4:23-CR-205-O-1 [1]  1/14
4:23-CR-208 [1]  6/9
4:23-CR-208-O-1 [1]  6/9
4:23-CR-212 [1]  6/20
4:23-CR-212-O-1 [1]  2/6
4:23-CR-219 [1]  5/7
4:23-CR-219-O-1 [1]  1/4
4:23-CR-244 [1]  6/15
4:23-CR-244-O-1 [1]  2/1
4:23-CR-248 [1]  5/21
4:23-CR-248-O-1 [1]  1/9
4th [1]  3/9

5

501 [2]  3/12 60/16
507 [2]  3/12 60/16
51-52 [1]  4/4
52 [1]  4/4
54 [2]  20/17 21/6
56 [1]  4/5

6

60 [1]  4/6
604 [1]  3/9
61 [1]  4/7
6882 [1]  2/23

7

76102 [5]  3/3 3/6 3/9 3/13 60/16
76102-6882 [1]  2/23

8

801 [1]  2/22
817.252.5200 [1]  2/23
817.795.9956 [1]  3/10
817.850.6661 [2]  3/13 60/18
817.978.2753 [2]  3/3 3/7
819 [2]  3/2 3/6

9

9:00 a.m [3]  58/2 58/5 58/8
9:40 [8]  1/7 1/12 1/17 1/22 2/4 2/9 2/14
5/2
9A10 [2]  3/2 3/6

A

a.m [11]  1/7 1/12 1/17 1/22 2/4 2/9
2/14 5/2 58/2 58/5 58/8
abetting [1]  33/12
abettor [1]  33/11
ability [3]  7/18 23/24 43/21
able [2]  11/22 19/4
abolished [1]  19/19
about [13]  9/5 16/19 17/4 21/19 23/23
27/24 32/11 34/1 39/1 41/25 50/20
50/22 50/22
above [2]  19/11 41/12
absence [1]  32/2
accept [4]  38/10 50/13 52/19 56/24
acceptable [1]  37/17
acceptance [1]  57/9
accepted [2]  15/10 28/4
account [1]  18/25
accused [1]  16/4
Act [1]  17/19
action [1]  33/19
actual [1]  10/12
actual -- the [1]  10/12
actually [1]  16/5
addition [1]  45/15

## A

additional [7] 4/5 7/19 47/8 48/6
48/15 49/6 50/12
Address [2] 60/16 60/19
adjourned [1] 59/3
adjudged [1] 43/24
Administration [1] 12/24
admission [1] 32/20
admit [6] 31/14 32/4 32/22 33/21 34/9
35/6
Admonishments [1] 4/3
adversely [1] 43/20
advice [2] 35/16 52/12
advise [1] 44/6
advisory [1] 17/21
affect [1] 43/21
affected [1] 31/9
affirmative [1] 7/23
afford [1] 15/9
after [2] 19/5 19/9
afternoon [1] 7/7
again [4] 5/25 6/6 24/19 45/19
against [22] 9/19 11/2 13/23 14/6
16/22 17/25 26/4 26/8 26/10 26/18
28/9 35/12 43/25 51/14 51/18 51/21
51/24 52/2 52/5 52/8 56/20 56/23
ago [1] 19/19
agree [1] 37/22
agreement [21] 34/15 34/19 34/20
36/10 36/12 36/14 36/19 37/1 38/11
38/16 38/18 38/18 39/6 39/11 39/18
39/23 40/7 40/9 41/1 41/24 42/3
agreement -- the [1] 40/7
agreements [4] 36/7 38/1 50/9 50/13
aider [1] 33/11
aiding [1] 33/12
alcohol [1] 22/17
ALEXIS [2] 1/16 8/9
alias [3] 10/8 10/9 10/19
alien [1] 32/12
all [58] 5/3 5/12 5/14 7/5 7/5 7/7 7/20
9/7 9/17 10/18 10/25 12/3 12/6 14/5
14/8 14/10 16/12 17/3 19/22 20/13
21/23 24/19 24/23 25/17 25/18 26/5
28/8 31/14 32/4 32/9 32/23 33/22
34/10 35/5 35/6 35/9 37/25 38/3 39/1
39/11 40/6 41/25 42/7 44/9 44/14
44/24 47/12 49/13 49/16 51/12 52/13
52/15 55/8 55/10 56/15 58/23 58/25
59/2
alleged [2] 32/11 34/1
Allocution [1] 12/25
allow [2] 29/21 55/21
allowed [1] 58/19
alone [1] 14/13
along [1] 18/19
already [4] 13/24 37/14 40/8 56/16
also [5] 6/17 19/16 30/14 33/11 57/15
ALVAREZ [40] 1/16 3/2 6/3 8/8 8/9
9/24 11/8 12/13 13/8 14/24 15/18 17/9
18/6 20/3 20/20 21/14 22/6 22/22
23/13 24/8 28/14 29/8 30/2 30/22
31/18 35/22 40/17 42/17 43/7 45/9
45/21 46/11 49/24 51/2 51/21 53/6
54/3 54/20 56/2 57/25
am [1] 12/4
amended [7] 37/15 41/1 42/3 53/15
53/18 54/11 56/14
amendment [1] 41/24

## AMERICA [7]  1/4 1/9 1/14 1/19 2/1 2/6
2/11
ammunition [1] 33/5
amount [2] 34/25 35/3
ANDRENETTE [2] 3/1 5/15
another [2] 31/11 34/3
answer [1] 11/1
answered [1] 7/23
answers [3] 11/2 41/23 55/20
any [46] 11/1 12/8 13/23 15/11 16/17
16/19 16/24 16/25 18/19 18/20 19/20
21/25 22/16 22/17 23/7 24/24 27/5
31/11 31/12 37/19 39/24 39/24 40/10
40/10 41/23 42/8 42/11 45/6 45/24
45/25 46/16 46/17 47/6 47/24 48/10
48/11 48/11 48/12 49/3 49/4 50/21
50/21 51/2 51/8 57/16 58/10
anymore [1] 10/19
anyone [7] 16/9 16/20 16/21 39/24
40/10 42/8 42/10
anything [3] 23/23 50/22 57/16
appeal [7] 14/16 19/14 19/17 36/11
38/17 38/21 39/5
appear [2] 13/1 52/24
appearing [1] 35/10
appears [2] 13/3 27/13
appellate [1] 36/14
applicable [1] 18/18
application [1] 57/8
apply [2] 18/1 35/13
appointed [1] 14/9
appreciate [1] 7/14
appropriate [4] 29/18 30/20 55/14
55/17
approve [1] 38/10
are [43] 5/4 5/5 7/12 7/22 9/11 10/25
11/22 14/18 16/11 17/2 19/1 19/8
19/19 20/15 21/25 22/16 24/2 24/19
25/18 25/21 26/5 26/14 27/25 30/15
30/16 33/12 35/10 35/15 36/7 36/17
38/10 39/11 43/2 43/24 45/21 54/14
54/14 55/5 57/25 58/4 58/7 58/21
58/25
ARMANDO [3]  1/21 6/10 8/12
arraignment [2]  2/17 5/4
as [63]
ask [15]  7/16 9/17 20/13 24/19 26/21
28/8 30/16 31/13 36/16 38/20 40/9
42/8 42/10 51/13 53/20
asked [1] 57/3
asking [1] 38/10
assessed [1] 16/22
assessment [6]  46/3 46/20 47/9 48/2
48/16 49/7
assist [1] 57/2
assistance [2] 11/19 14/7
ASSISTANT [2]  3/1 3/5
associated [2]  15/13 33/15
assuming [1] 41/8
assurance [2]  39/24 40/10
attempted [1] 42/11
attention [1] 7/8
attorney [23]  14/8 14/9 14/9 16/11
16/16 17/24 18/23 26/19 26/22 29/19
32/18 35/10 35/12 35/17 38/22 44/10
44/15 44/21 44/22 50/21 55/18 57/6
57/15
Attorney's [3]  26/3 30/17 45/16
attorneys [2]  37/2 43/23
AUGUST [8]  1/6 1/11 1/16 1/21 2/3 2/8

## 
2/13 5/2

## B

bank [1] 34/4
based [7]  12/5 16/18 19/13 26/18
41/24 55/20 57/10
basis [4]  16/7 50/15 52/21 56/21
be [57]  7/6 7/18 7/20 9/3 10/20 10/21
11/2 13/2 14/9 14/11 14/12 14/14
15/11 16/13 16/15 16/16 16/18 16/21
16/24 17/1 18/22 19/2 19/4 19/20 25/9
25/22 26/14 29/18 30/12 30/21 41/22
43/19 43/24 44/1 46/7 46/20 46/24
47/17 48/5 48/17 48/21 49/10 49/18
52/24 55/14 55/17 56/13 56/14 57/2
57/3 57/5 57/6 57/17 58/1 58/5 58/7
58/18
because [4]  17/2 41/1 41/14 57/10
become [1] 43/21
been [18]  5/17 9/19 11/20 12/23 13/24
14/10 17/20 19/6 19/19 22/1 26/5
26/20 27/5 31/3 31/6 37/1 41/17 57/20
before [15]  2/18 13/1 13/20 13/21 26/5
26/14 31/2 31/9 36/7 50/9 52/20 52/23
55/19 58/2 58/8
beginning [1] 7/25
being [2] 56/17 58/18
believe [5]  24/25 25/8 25/24 26/13
41/16
belonged [1] 34/4
below [1] 19/11
Bench [2]  32/8 37/24
best [1] 7/17
between [2]  18/23 31/11
beyond [1] 14/15
blank [3]  37/1 41/12 41/17
both [4]  7/10 19/6 47/22 49/1
bound [2]  18/22 49/18
bring [1] 50/11
brought [1] 26/6
buried [1] 41/4
Business [1] 60/16

## C

calculate [1] 18/17
call [2]  5/5 45/15
called [3]  7/13 30/15 30/19
came [1] 41/10
can [4]  7/10 9/4 18/24 37/8
cannot [1] 16/4
capable [1] 56/19
care [1] 22/1
careful [1] 7/8
carefully [2]  30/19 45/19
CARRERAS [8]  3/8 3/8 7/3 25/6 25/15
37/4 52/17 55/12
case [29]  1/4 1/9 1/14 1/19 2/1 2/6
2/11 12/5 12/8 16/10 17/23 18/1 19/5
19/10 26/9 26/18 27/14 28/9 30/18
30/19 35/14 35/17 36/17 40/1 40/11
42/12 43/19 53/17 53/23
cases [7]  13/1 14/10 30/21 36/17 40/7
40/8 52/23
catching [1] 42/6
cause [9]  5/7 5/21 6/2 6/9 6/15 6/20
7/1 25/24 26/1
certain [1] 44/1
Certificate [2]  4/6 60/1
certify [2]  60/2 60/5

## C

challenge [1] 9/17
chance [1] 44/15
change [4] 28/7 41/23 50/16 53/16
changes [1] 42/3
Chapter [1] 33/6
charge [8] 26/8 26/10 26/17 30/18
  43/25 45/17 56/20 56/25
charged [10] 13/23 25/21 25/22 26/2
  26/14 31/1 31/10 33/11 34/16 56/23
charges [11] 17/25 26/4 28/9 29/2 29/3
  29/20 29/22 30/12 35/12 50/11 50/12
check [1] 37/8
Cherry [1] 2/22
choose [1] 13/23
Chris [1] 44/21
CHRISTOPHER [3] 1/6 5/8 8/2
circumstances [1] 19/16
citizen [3] 42/3 43/21 44/19
citizens [1] 45/1
citizenship [1] 45/4
clarify [1] 44/18
clear [2] 44/25 58/17
CLEMENTINA [3] 2/3 6/16 8/18
clerk [2] 7/18 57/19
client [4] 9/4 24/25 25/9 52/12
clients [5] 25/2 25/4 25/11 52/13 52/15
  55/8 55/10
clients' [1] 55/6
closer [1] 9/8
Code [1] 33/7
coercion [1] 16/25
collector [2] 33/6 33/10
college [3] 21/20 21/22 21/24
commerce [1] 31/9
Commission [1] 17/21
committed [9] 25/25 26/13 31/14 32/4
  32/23 33/14 33/22 34/10 35/6
community [3] 46/4 48/17 58/19
compelled [1] 14/11
competent [2] 24/25 56/19
completed [1] 19/6
compliance [1] 58/14
comply [1] 60/6
composed [1] 26/11
computer [1] 3/25
conclusions [1] 19/7
condition [2] 23/24 52/20
conditions [8] 46/1 46/17 47/5 47/25
  48/14 49/5 58/15 58/20
conduct [1] 12/7
conducted [1] 57/10
conducting [1] 12/4
Conference [3] 32/8 37/24 60/7
conferring [5] 38/24 40/15 44/8 49/15
  55/16
confinement [4] 46/2 46/19 47/9 48/15
confirm [1] 5/6
confront [1] 14/5
connected [1] 16/20
consent [7] 12/5 12/24 13/1 13/3 26/2
  32/18 57/11
consented [1] 13/20
consequence [1] 45/7
consequences [9] 17/4 45/17 46/8
  46/25 47/10 47/18 48/6 48/22 49/11
consider [3] 10/21 17/22 18/18
consistent [2] 52/12 55/6
conspiracy [2] 34/23 35/2

## Constitution [2]    13/25 25/22

constitutional [1] 14/19
constituted [1] 17/20
contact [1] 57/22
contain [1] 50/10
containing [3] 34/24 35/3 56/22
continue [1] 32/9
CONTINUED [1] 1/25
control [1] 14/13
controlled [2] 34/16 34/25
conversation [1] 44/5
convicted [4] 16/7 16/15 31/3 31/6
conviction [6] 14/17 16/7 31/23 43/18
  45/3 45/17
convincing [1] 58/17
cooperation [1] 10/9
copy [3] 28/9 28/18 57/20
Corporation [1] 34/6
correct [4] 33/14 41/4 54/15 60/3
correct -- since [1] 37/14
corrected [1] 10/9
correction [1] 27/23
correctly [1] 9/18
costs [2] 46/21 48/18
could [14] 11/2 14/8 14/11 43/19 43/19
  43/20 43/24 46/1 46/18 47/7 47/25
  48/14 49/5 57/5
counsel [16] 5/18 13/2 24/24 38/24
  40/15 41/14 44/8 49/15 52/11 52/25
  55/5 55/16 55/20 57/21 57/21 58/25
count [7] 51/14 51/17 51/20 51/23 52/1
  52/4 52/7
country [1] 31/12
course [1] 47/10
court [48] 1/1 2/18 3/12 7/10 11/21
  11/23 13/1 15/10 16/5 16/9 16/13
  16/17 16/18 17/20 18/22 18/24 19/4
  19/9 19/10 19/14 26/5 28/5 29/20
  30/13 31/3 36/8 38/10 46/1 46/18 47/7
  47/25 48/14 49/5 50/9 50/12 50/14
  52/20 52/21 52/24 55/19 55/22 56/17
  57/3 57/12 58/14 59/2 60/6 60/12
Court's [5] 4/5 11/1 18/17 27/22 28/1
courtroom [6] 5/6 32/8 37/24 58/3 58/6
  58/9
covering [1] 5/20 6/17 9/6
CR [14] 1/4 1/9 1/14 1/19 2/1 2/6 2/11
  5/7 5/21 6/2 6/9 6/15 6/20 7/1
crime [4] 16/4 16/5 31/4 31/7
criminal [3] 17/22 33/16 33/18
cross [1] 14/5
cross-examine [1] 14/5
CRR [3] 3/12 60/2 60/11
CSR [5] 3/12 60/2 60/11 60/11 60/15
CURETON [1] 2/18
currently [1] 21/25
custodial [1] 58/10
custody [5] 31/21 31/22 31/24 32/2
  58/25

## D

danger [1] 58/19
date [11] 32/11 34/1 37/1 37/11 37/16
  41/8 41/16 41/17 41/18 41/21 57/18
dated [2] 41/13 41/14
dates [1] 42/5
day [1] 60/8
days [1] 57/17
dealer [3] 33/5 33/9 33/14
deals [1] 57/9

## DEANNA [3]    2/13 7/2 9/13

debbie.saenz [2] 3/14 60/19
debra [1] 3/12 60/2 60/11
December [2] 58/1 58/5
December 1 [1] 58/1
December 8 [1] 58/5
decide [2] 16/23 50/12
decided [1] 16/18
decision [1] 12/6
decision-making [1] 12/6
defendant [59] 1/7 1/12 1/17 1/22 2/4
  2/9 2/14 3/8 7/15 9/17 13/2 16/3 16/6
  28/8 30/18 30/25 31/2 31/3 31/6 31/10
  31/21 31/22 31/24 32/1 32/12 32/13
  32/15 32/17 33/2 33/4 33/15 33/17
  33/19 34/2 34/7 34/18 34/20 35/1
  42/10 45/18 45/25 46/2 46/17 46/19
  47/5 47/8 47/24 48/1 48/10 48/13
  48/15 49/4 49/6 49/15 52/25 55/16
  55/20 56/18 56/23
defendant's [1] 32/21
defendants [21] 3/1 3/4 7/16 7/19
  10/25 11/18 12/3 25/17 25/20 28/2
  35/9 36/9 43/17 45/1 49/13 49/16
  53/21 57/25 58/4 58/23 58/25
DEFENDER [2] 3/1 3/5
defense [15] 5/15 6/1 6/7 6/14 6/17
  6/24 7/4 24/24 37/19 37/20 42/4 52/11
  55/5 55/20 57/21
degree [1] 57/4
deliver [1] 57/19
DEPARTMENT [2] 2/21 32/19
departures [1] 18/19
depend [1] 16/19
deportation [2] 43/19 43/25
deported [1] 43/24
Deposit [1] 34/5
deposits [1] 34/5
deprive [1] 45/3
Deputy [2] 32/8 37/24
detectable [2] 34/24 35/3
determine [1] 19/4
determined [1] 19/9
determines [1] 16/6
determining [2] 17/22 18/17
did [11] 7/6 21/7 21/20 24/18 38/2
  38/20 38/21 39/17 41/2 41/13 42/8
directly [1] 34/14
disability [1] 23/8
discuss [2] 38/22 44/15
discussed [6] 15/13 17/24 26/21 35/11
  43/23 44/9
dismiss [1] 50/11
disregard [1] 18/25
distribute [2] 34/15 34/16
district [14] 1/1 1/2 2/22 3/2 3/5 12/4
  12/6 12/7 13/20 14/3 57/3 57/12 57/12
  60/12
DIVISION [2] 1/3 60/13
do [55] 7/5 8/13 8/20 10/25 11/4 11/14
  12/3 12/9 14/18 14/24 15/14 15/24
  23/7 24/2 24/20 24/24 25/8 25/16 26/7
  26/23 27/25 29/2 29/23 31/14 32/3
  32/22 33/21 34/9 35/5 37/22 38/3 39/4
  41/4 45/7 46/6 46/23 47/16 48/4 48/20
  49/9 49/13 49/16 49/20 50/10 50/21
  51/14 51/17 51/20 51/23 52/1 52/4
  52/7 52/22 53/23 55/23
document [5] 10/12 36/11 36/13 52/22
  53/23

## D

documents [8] 10/24 36/3 36/17 38/1
 38/4 38/10 39/12 40/7
does [2] 38/16 42/4
doing [4] 9/11 23/25 24/3 24/20
don't [3] 41/3 41/6 50/18
done [5] 14/10 18/2 44/2 57/13 57/16
double [1] 37/8
double-check [1] 37/8
doubt [1] 14/15
down [2] 9/4 9/8
drug [1] 22/17
due [1] 31/23
during [1] 56/18

## E

E-Mail [2] 3/14 60/19
each [47] 7/15 7/22 9/17 11/19 11/22
 12/25 13/2 13/18 14/18 14/19 16/16
 17/3 17/24 19/22 21/7 25/8 25/21
 26/21 28/2 28/8 29/1 29/19 30/17
 31/13 35/15 36/17 36/17 37/25 38/16
 39/4 40/7 42/10 43/23 45/18 46/6
 52/19 52/23 52/25 53/20 55/19 55/20
 56/18 56/22 56/24 57/21 58/1 58/4
earlier [3] 41/21 47/11 57/1
EDGAR [3] 1/11 5/21 8/5
education [1] 21/8
effort [4] 7/13 27/6 39/25 40/11
either [2] 32/18 50/19
Elementary [1] 21/17
elements [11] 30/15 30/17 30/24 31/15
 32/4 32/23 33/12 33/22 34/10 35/7
 56/22
Eleventh [1] 21/15
else [1] 16/21
emotional [1] 23/7
end [2] 9/8 59/4
enforcement [1] 16/20
enter [5] 13/19 24/25 39/18 39/25
 40/11
entered [1] 16/12
entering [1] 56/19
entitled [5] 12/24 36/11 36/14 52/22
 60/4
ESPINOZA [5] 2/3 3/5 6/16 8/17 8/19
essential [9] 30/15 30/17 31/15 32/4
 32/23 33/22 34/10 35/6 56/22
even [4] 18/16 19/2 27/21 44/1
event [1] 19/1
ever [3] 43/21 45/5 45/5
everyone [1] 7/8
evidence [1] 58/18
examine [1] 14/5
exceed [16] 45/22 45/23 45/24 46/14
 46/15 46/15 47/3 47/4 47/21 47/22
 47/23 48/9 48/10 48/12 48/25 49/1
except [2] 10/8 16/10
excess [1] 31/4
excused [2] 58/21 59/1
expect [1] 49/18
Expires [1] 60/15
explained [8] 30/14 44/7 46/8 46/25
 47/18 48/6 48/22 49/11
explanations [2] 17/3 19/22
express [1] 32/18
extent [1] 56/15
extra [1] 7/13

## F

fact [1] 56/22
factor [1] 57/5
factors [1] 18/20
facts [15] 16/10 16/16 18/22 18/25
 19/1 19/7 19/10 19/13 54/14 55/5 55/7
 55/19 55/21 55/22 56/12
factual [16] 10/10 52/21 52/22 52/23
 52/24 53/1 53/8 53/16 53/18 53/22
 54/15 55/6 55/19 56/13 56/14 56/15
false [3] 11/3 33/2 33/13
falsely [1] 11/2
familiarity [1] 57/7
far [2] 10/10 21/7
February [1] 60/5
fees [1] 60/5
felony [6] 25/21 25/23 25/25 26/4 45/3
 45/3
few [2] 25/20 36/9
fifth [1] 35/1
file [10] 27/14 27/22 27/25 28/6 37/14
 37/15 40/8 41/1 41/11 56/16
filed [6] 9/19 26/3 26/19 41/6 56/14
 57/17
filing [2] 26/6 42/3
filings [1] 10/21
final [1] 12/6
finally [4] 7/1 19/18 34/13 48/24
find [3] 13/18 26/12 58/17
Findings [1] 4/5
finds [2] 25/23 56/18
fine [11] 10/20 41/20 41/22 45/23
 46/14 47/4 47/22 47/22 48/9 48/25
 49/1
firearm [6] 31/1 31/3 31/7 31/8 31/10
 45/6
firearms [3] 33/6 33/14 46/4
firm [1] 7/10
first [10] 7/25 20/15 30/25 31/21 32/11
 33/2 33/13 34/1 34/14 36/19
flight [1] 58/18
floor [1] 58/9
FLORES [60] 2/3 3/5 6/16 8/17 8/19
 8/21 10/3 11/12 11/19 12/1 12/17
 13/12 15/3 15/22 17/13 18/10 20/7
 20/24 21/19 22/10 23/1 23/17 24/18
 24/21 25/18 26/4 27/1 27/9 27/17
 28/19 29/12 30/6 33/1 33/21 36/1 36/8
 36/10 36/20 38/5 38/12 38/23 39/7
 39/13 39/19 40/2 42/21 43/11 43/18
 44/12 47/20 48/4 50/3 50/10 51/6 52/2
 53/11 54/7 54/24 56/6 58/4
Flores' [1] 38/17
FLORES-ESPINOZA [4] 2/3 3/5 6/16
 8/19
follow [6] 45/24 46/16 47/6 47/24
 48/12 49/3
following [1] 14/1
force [2] 16/25 42/11
foregoing [3] 51/12 60/3 60/4
foreign [1] 31/9
forfeiture [4] 46/4 48/3 48/18 49/8
Forgive [1] 41/5
form [3] 13/4 57/19 57/20
formal [2] 21/8 29/21
format [1] 60/5

## G

gain [1] 48/10
GATTO [8] 2/21 5/11 5/25 6/6 30/16
 30/20 32/9 45/15
general [2] 13/22 32/18
generally [1] 16/3
give [2] 13/22 57/3
given [2] 16/16 56/17
go [8] 8/13 8/20 21/7 21/20 25/19 36/9
 58/22 58/23
goes [1] 10/11
going [6] 7/5 27/22 36/16 37/10 37/10
 37/13
GONZALEZ [2] 3/11 11/20
good [5] 7/10 7/20 44/24 58/21 58/23
got [2] 27/22 41/15
government [25] 1/4 1/9 1/14 1/19 2/1
 2/6 2/11 2/21 5/12 6/1 6/6 16/11 16/21
 18/24 19/6 19/16 26/7 26/8 37/17
 38/11 39/12 39/18 41/18 50/11 58/11
grade [2] 21/13 21/18
Graduated [2] 21/10 21/24
grand [9] 25/23 26/2 26/9 26/11 26/12
 26/16 26/18 26/23 28/4
group [2] 3/8 30/20
grouped [1] 30/22
guaranteed [1] 14/19
guarantees [1] 14/1
guideline [4] 18/18 19/5 19/9 19/12
guidelines [5] 17/21 18/1 18/20 35/13
 57/8
guilt [1] 14/15
guilty [65]

## H

had [10] 19/7 29/1 31/3 31/6 31/10
 32/17 41/9 41/12 44/15 53/22
hand [3] 7/17 15/9 18/23
hard [1] 9/3
has [16] 5/17 9/19 11/20 14/10 16/9
 17/21 19/6 19/9 19/10 19/17 19/19
 37/1 39/24 40/9 42/10 57/20
have [67]
having [2] 51/12 57/7
he [6] 16/4 31/6 31/7 44/18 44/19
 44/19
he's [1] 5/18
hear [3] 7/11 9/4 14/5
heard [2] 18/11 51/12

forms [1] 13/1
FORT [15] 1/3 1/5 1/10 1/15 1/20 2/2
 2/7 2/12 2/22 3/3 3/9 3/12 3/13 60/13
 60/16
forth [4] 30/17 39/5 39/12 45/16
forward [2] 58/22 58/24
found [3] 14/16 32/15 57/14
fourth [6] 31/8 32/1 32/17 33/19 34/23
 58/9
FOWLER [68]
Fowler's [2] 27/21 36/25
FRANK [2] 2/21 5/25
free [2] 9/5 39/17
front [1] 41/4
full [3] 7/24 9/12 58/14
fully [10] 24/3 24/20 24/25 26/23 29/2
 35/15 38/3 38/21 53/23 56/18
further [4] 15/11 34/21 57/23 60/5
furthest [1] 7/12
future [2] 10/18 10/21

**H**

hearing [5] 12/10 12/17 57/10 57/18
58/20
HEO [42] 2/8 3/6 6/21 7/12 8/24 8/25
9/7 10/5 11/14 12/19 13/14 15/5 15/24
17/15 18/12 20/9 21/1 21/21 22/12
23/3 23/19 24/14 28/21 29/14 30/8
33/25 34/9 36/3 40/21 42/23 43/13
45/11 48/8 48/20 50/5 51/8 52/5 53/13
54/9 55/1 56/8 57/25
her [6] 13/2 28/3 44/6 52/25 56/20
56/20
here [16] 6/4 6/22 7/6 9/4 9/8 16/10
23/25 24/3 24/21 28/4 29/20 30/13
35/10 41/8 55/22 57/13
hereby [2] 56/24 58/24
hers [1] 40/25
high [1] 21/10
him [2] 50/20 57/13
his [5] 13/2 28/3 32/2 52/25 56/20
hold [1] 45/5
Homeland [1] 32/19
Honor [26] 5/13 5/16 5/19 6/8 10/18
10/23 25/3 25/5 25/7 25/12 25/14
25/16 30/21 37/18 37/20 40/23 41/16
44/18 52/10 52/14 52/16 52/18 55/9
55/11 55/13 58/12
HONORABLE [3] 2/18 58/2 58/8
how [13] 17/25 20/15 21/7 21/19 35/13
39/1 51/14 51/17 51/20 51/23 52/1
52/4 52/7
however [6] 12/5 16/12 16/15 26/1
29/20 55/19

**I**

I'll [4] 7/22 45/15 52/19 58/24
I'm [8] 27/22 28/2 36/16 36/17 37/10
37/10 41/8 42/2
I've [2] 28/6 44/6
II [1] 34/25
immigration [2] 44/1 47/10
importer [2] 33/5 33/10
impose [2] 18/24 19/11
imposed [1] 19/12
imposes [1] 19/15
imprisonment [16] 19/20 31/4 45/22
45/24 46/14 46/16 47/3 47/7 47/21
47/22 47/24 48/9 48/12 48/25 49/1
49/4
incarceration [2] 46/21 48/18
independent [1] 56/21
Index [1] 4/7
indicated [1] 35/11
indicating [1] 58/14
indict [1] 26/16
indicted [2] 26/15 26/20
indictment [19] 9/18 25/24 26/1 26/7
26/10 26/17 26/22 27/6 27/14 28/4
28/10 28/16 28/21 34/2 51/14
51/21 51/24 52/5
indirectly [1] 34/15
individualized [1] 20/14
individually [1] 7/6
induce [3] 27/6 39/25 40/11
induced [1] 16/24
influence [1] 22/16
inform [4] 18/16 19/18 43/18 45/2
information [15] 9/18 10/11 26/3 26/6
26/17 26/19 28/12 28/19 28/23 33/9

34/17 51/18 52/2 52/8 57/4
informations [1] 25/19
informed [1] 56/10
initial [1] 44/19
instruction [1] 57/23
instructions [2] 7/9 13/22
Insurance [1] 34/6
insured [1] 34/5
intent [2] 34/16 34/21
intentionally [1] 34/2
interfere [1] 23/24
interpreter [4] 3/17 11/20 11/21 11/23
interstate [1] 31/9
interview [1] 57/7
intimidation [1] 34/8
investigation [2] 55/7 57/24
involved [2] 34/24 35/2
is [60] 5/11 6/13 6/18 6/21 7/25 9/7
9/17 10/13 11/21 13/3 14/5 15/10 16/3
16/4 16/6 16/7 16/12 18/16 18/22
19/11 19/12 23/23 24/3 24/20 24/25
26/11 27/13 27/21 28/4 30/19 30/22
30/24 31/9 34/21 36/19 36/22 37/17
37/25 39/5 40/7 40/25 41/1 41/20
43/19 44/19 45/2 45/21 49/3 49/17
52/11 52/20 53/1 53/8 53/18 56/18
56/20 57/6 58/10 59/2 60/3
issue [1] 37/19
issued [1] 17/21
it [37] 6/21 7/14 9/7 13/3 18/16 24/3
24/20 25/25 26/16 27/13 27/23 27/23
29/18 31/10 36/19 36/22 37/2 37/6
37/25 38/22 39/5 41/4 41/6 41/14
41/14 41/15 41/15 41/17 41/18 43/20
49/19 50/16 53/1 53/8 53/18 55/14
55/17
it's [11] 10/11 10/11 12/5 12/7 13/24
16/5 17/20 19/13 27/22 37/14 38/17
its [2] 26/9 34/21
itself [1] 57/17

**J**

JEFFREY [1] 2/18
joined [1] 34/20
judge [11] 2/18 12/5 12/6 12/7 12/25
13/20 16/6 57/12 58/2 58/6 58/8
judges [1] 17/22
judgment [1] 14/13
Judicial [1] 60/6
Julie [1] 28/6
July [7] 37/3 37/4 37/15 41/9 41/14
41/20 41/21
July 20th [2] 37/3 37/15
July 24th [1] 37/4
jurors [1] 26/12
jury [12] 5/18 14/2 16/7 25/23 26/2
26/9 26/11 26/16 26/18 26/23 28/4
45/5
just [21] 5/6 10/19 15/13 24/19 25/20
26/6 26/19 37/10 37/10 37/15 38/20
40/25 41/2 44/6 46/8 46/25 47/18 48/6
48/22 49/11 49/14
JUSTICE [1] 2/21

**K**

KARA [2] 3/8 7/3
keep [1] 33/10
kind [6] 7/12 15/11 16/25 39/24 40/10
45/6
knew [4] 31/6 32/1 34/18 35/1

know [5] 5/5 5/18 9/5 41/21 50/20
knowing [2] 29/9 56/21
knowingly [5] 13/19 25/9 36/25 33/2
39/4
known [1] 35/2
KYUNG [3] 2/8 6/21 8/25

**L**

language [1] 50/10
last [3] 7/25 8/13 8/20
later [1] 11/2
law [7] 3/8 16/20 19/13 33/9 46/21
48/17 49/3
least [4] 7/7 26/11 26/12 49/2
leave [1] 43/20
leaving [1] 32/1
left [2] 31/24 37/1
legal [2] 35/15 52/12
LEHMANN [10] 3/4 6/13 6/17 6/19
6/24 9/4 25/4 25/13 52/15 55/10
leniency [1] 16/17
let [14] 5/5 7/16 9/17 13/22 20/13
24/19 26/21 28/8 31/13 40/9 42/10
44/6 49/14 53/20
Let's [4] 5/11 8/23 37/15 45/11
licensed [3] 33/5 33/9 33/14
life [1] 49/3
likely [1] 7/7
listen [2] 30/19 45/19
long [2] 19/12 19/19
loss [1] 48/11
lot [1] 50/20
luck [2] 58/21 58/23

**M**

ma'am [1] 10/24
made [7] 13/24 27/5 28/7 33/2 33/4
39/24 40/10
MAGISTRATE [2] 2/18 12/25
Mail [2] 3/14 60/19
make [5] 7/13 25/9 28/6 33/20 57/11
making [3] 11/3 12/6 33/13
mandatory [10] 44/1 46/3 46/20 46/21
47/9 48/2 48/16 48/17 49/3 49/7
manufacturer [2] 33/5 33/10
MARIE [3] 2/13 9/13 9/14
Mark [1] 58/9
marshal [2] 9/7 58/25
matter [8] 14/12 17/25 26/22 29/21
35/12 55/21 57/11 60/4
matters [2] 5/3 9/6
maximum [1] 49/2
may [20] 7/20 9/3 13/22 16/13 18/22
25/22 26/1 30/20 32/9 44/1 45/3 46/7
46/20 46/24 47/17 48/5 48/17 48/21
49/10 57/16
maybe [1] 9/8
me [21] 5/5 7/16 9/3 9/17 13/21 13/22
20/13 24/19 26/21 28/8 31/13 35/11
40/9 41/4 41/5 42/10 47/15 49/14
50/22 53/20 57/11
meaning [1] 33/6
means [1] 34/8
meant [1] 24/18
mechanical [1] 3/24
MENA [46] 1/21 3/5 6/10 8/11 8/12
8/14 10/1 11/10 11/18 11/24 12/15
13/10 15/1 15/20 17/11 18/8 20/5
20/22 21/16 22/8 22/24 23/15 24/10
28/16 29/10 30/4 32/10 32/22 35/24

## M

MENA [17] 4/19 12/19 43/9 43/17
44/10 47/2 47/14 47/15 47/16 50/1
51/4 51/24 53/9 54/5 54/22 56/4 58/7
MENA-RODRIGUEZ [5] 1/21 3/5 6/10
8/12 47/14
mental [1] 23/8
mentally [2] 42/8 42/10
mentioned [1] 19/1
mentioning [1] 10/19
methamphetamine [2] 34/25 35/4
MICHAEL [4] 3/4 6/13 6/17 6/24
middle [5] 7/25 8/6 9/1 9/2 9/14
might [7] 18/1 18/25 19/2 26/16 26/16
35/13 49/17
million [1] 49/1
mind [3] 24/2 24/20 41/6
misunderstood [1] 44/19
mixture [2] 34/24 35/2
moment [3] 7/17 36/9 49/14
moments [1] 25/20
money [3] 34/2 34/4 34/7
more [5] 7/21 20/13 26/11 34/14 49/17
morning [5] 5/12 7/7 12/23 24/3 52/24
most [1] 7/7
move [3] 9/4 9/5 9/8
MR [7] 2/21 3/4 18/8 24/14 32/9 40/21
51/2
Mr. [201]
Mr. Alvarez [34] 8/8 9/24 11/8 12/13
13/8 14/24 15/18 17/9 18/6 20/3 20/20
21/14 22/6 22/22 23/13 24/8 28/14
29/8 30/2 30/22 31/18 35/22 40/17
42/17 43/7 45/9 45/21 46/11 49/24
51/21 53/6 54/3 54/20 56/2
Mr. Frank [1] 5/25
Mr. Gatto [5] 5/11 6/6 30/16 30/20
45/15
Mr. Heo [35] 7/12 8/24 9/7 10/5 11/14
12/19 13/14 15/5 15/24 17/15 18/12
20/9 21/1 21/21 22/12 23/13 23/19
28/21 29/14 30/8 33/25 34/9 36/3
42/23 43/13 45/11 48/8 48/20 50/5
51/8 52/5 53/13 54/9 55/1 56/8
Mr. Lehmann [6] 6/19 9/4 25/4 25/13
52/15 55/10
Mr. Mena [35] 10/1 11/10 11/24 12/15
13/10 15/1 15/20 17/11 20/5 20/22
21/16 22/8 22/24 23/15 24/10 28/16
29/10 30/4 32/10 32/22 35/24 40/13
42/19 43/9 44/10 47/2 47/16 50/1 51/4
51/24 53/9 54/5 54/22 56/4 58/7
Mr. Mena-Rodriguez [1] 8/11
Mr. Michael [3] 6/13 6/17 6/24
Mr. Nelson [37] 8/1 9/20 11/4 12/9
13/4 14/20 15/14 17/5 18/2 19/24
20/16 21/9 22/2 22/18 23/9 24/4 28/10
29/4 29/23 30/22 31/16 35/18 40/12
42/13 43/3 45/7 45/20 46/9 49/20
50/23 51/15 53/2 53/24 54/16 55/23
58/11 58/15
Mr. Rodriguez [41] 8/4 9/22 11/6 12/11
13/6 14/22 15/16 17/7 18/4 20/1 20/18
21/12 22/4 22/20 23/11 24/6 26/4
26/24 27/7 27/15 28/12 29/6 29/25
31/20 32/3 35/20 40/14 42/15 43/5
44/2 44/14 46/13 46/23 47/13 49/22
50/25 51/18 53/4 54/1 54/18 55/25
Mr. Weinbel [3] 5/17 6/18 44/21

## MS

MS [8] 3/1 3/8 3/11 3/12 11/20 25/6
39/15 42/21
Ms. Andrenette [1] 5/15
Ms. Carreras [4] 25/15 37/4 52/17
55/12
Ms. Flores [49] 10/3 11/12 12/1 12/17
13/12 15/3 15/22 17/13 18/10 20/7
20/24 21/19 22/10 23/1 23/17 24/21
25/18 26/4 27/1 27/9 27/17 28/19
29/12 30/6 33/1 33/21 36/1 36/8 36/10
36/20 38/5 38/12 38/23 39/7 39/13
39/19 40/2 43/11 44/12 47/20 48/4
50/3 50/10 51/6 52/2 53/11 54/7 54/24
56/6
Ms. Flores' [1] 38/17
Ms. Flores-Espinoza [1] 8/17
Ms. Fowler [59] 9/11 10/7 10/15 11/16
12/21 13/16 15/7 16/1 17/17 18/14
20/11 21/5 21/23 22/14 23/5 23/21
23/24 24/12 24/16 25/18 26/5 27/3
27/11 27/19 28/24 29/16 30/10 34/13
35/5 36/5 36/8 36/13 36/23 37/3 37/22
38/7 38/14 38/19 39/2 39/9 39/21 40/4
40/25 41/12 41/23 42/25 43/15 45/13
48/24 49/9 50/7 50/10 51/10 52/8
53/15 54/11 55/3 56/10 56/15
Ms. Fowler's [2] 27/21 36/25
Ms. Kara [1] 7/3
Ms. Sullivan [6] 6/1 6/7 25/2 25/11
52/13 55/8
much [1] 9/16
must [8] 16/24 17/1 18/16 26/9 26/12
41/16 50/12 57/17
my [6] 7/18 17/3 19/22 37/9 41/16
57/19

## N

name [11] 5/5 7/24 7/25 8/6 8/13 8/20
9/1 9/2 9/12 9/14 9/17
narcotic [1] 22/17
nature [1] 29/2
need [9] 7/8 7/15 25/19 36/8 43/18
44/4 44/5 45/1 58/10
NELSON [42] 1/6 3/1 5/8 8/1 8/2 9/20
11/4 12/9 13/4 14/20 15/14 17/5 18/2
19/24 20/16 21/9 22/2 22/18 23/9 24/4
28/10 29/4 29/23 30/22 31/16 35/18
40/12 42/13 43/3 45/7 45/20 46/9
49/20 50/23 51/15 53/2 53/24 54/16
55/23 57/25 58/11 58/15
never [1] 16/19
new [1] 41/7
next [1] 58/20
no [70]
nonappearance [1] 58/19
nonbinding [1] 50/18
NORTHERN [5] 1/2 2/22 3/2 3/5 60/12
not [55] 10/11 10/19 10/21 13/23 13/25
14/9 14/11 15/11 16/9 16/9 16/24
18/22 19/1 19/2 19/4 19/20 24/25
25/22 26/7 26/11 26/16 27/6 32/10
32/17 37/13 41/1 44/4 45/22 45/23
45/23 46/14 46/14 46/15 47/3 47/4
47/21 47/22 47/23 48/9 48/9 48/12
48/25 48/25 50/11 50/16 51/15 51/18
51/21 51/24 52/2 52/5 52/8 56/12
56/15 58/18
note [7] 11/20 25/17 36/25 37/3 40/6
57/8 58/13

## notes

notes [1] 37/9
Nothing [1] 37/20
November [2] 58/7 58/8
November 30 [1] 58/8
now [12] 7/22 10/25 16/3 22/16 27/21
30/17 36/25 42/4 44/15 45/16 50/20
51/13
Number [7] 5/7 5/21 6/2 6/9 6/15 6/20
7/1

## O

O'Connor [2] 58/2 58/6
oath [3] 7/16 7/23 11/1
objections [2] 57/16 57/17
obligation [1] 18/17
occurred [1] 25/25
offense [14] 13/23 25/21 26/14 30/15
31/15 31/23 32/5 32/24 33/13 33/23
34/11 35/7 45/2 56/23
office [7] 26/3 30/17 45/5 45/16 57/2
57/20 57/22
officers [1] 16/14
official [2] 10/12 60/12
officials [1] 44/1
Oh [3] 6/24 28/20 41/3
okay [29] 6/23 6/25 9/3 10/13 10/18
18/8 21/19 21/21 24/2 27/1 27/9 30/23
32/7 35/9 37/7 37/12 38/25 39/4 40/17
42/2 42/9 44/17 44/20 44/24 49/13
50/19 53/20 55/14 56/12
Okay. [2] 13/18 44/4
Okay. Then [2] 13/18 44/4
old [1] 20/15
OMISSIONS [1] 1/25
once [1] 7/21
one [21] 7/6 18/23 28/6 31/4 31/11
36/8 36/8 36/13 37/15 41/2 41/4 41/11
41/13 50/19 51/14 51/17 51/20 51/23
52/1 52/4 52/7
one-count [7] 51/14 51/17 51/20 51/23
52/1 52/4 52/7
only [2] 17/2 30/21
open [3] 29/20 30/13 55/22
operative [1] 41/21
opportunity [3] 16/16 19/7 50/16
order [8] 42/3 46/2 46/19 47/8 48/1
48/15 49/6 56/14
ordered [1] 57/6
ordering [1] 41/6
original [1] 41/11
OSMAR [3] 1/16 6/2 8/9
other [10] 15/9 17/2 18/20 18/24 31/12
39/23 42/9 42/11 45/6 50/11
others [1] 27/25
our [2] 17/20 19/18
out [3] 55/19 56/13 58/20
outside [1] 16/14
over [3] 12/7 25/19 36/9
overall [1] 34/23
own [1] 39/17

## P

page [5] 1/25 4/2 37/2 38/17 38/18
paperwork [1] 10/10
paragraph [3] 38/17 38/18 38/21
pardon [1] 47/15
parenthesis [1] 36/15
parole [2] 19/19 19/21
part [2] 10/11 31/11
participated [1] 33/17

**P**

pay [1]  7/8
pecuniary [1]  48/10
penalties [7]  45/17 46/7 46/24 47/17
  48/5 48/21 49/10
penalty [3]  16/6 16/17 16/21
pending [1]  58/20
Perfect [1]  8/3
period [4]  45/22 46/2 47/21 48/15
perjury [1]  11/3
permission [2]  31/25 32/2
permitted [1]  19/2
persist [1]  13/24
person [1]  34/3
persons [2]  26/12 34/14
pertained [1]  33/8
physically [2]  42/8 42/11
physician [1]  22/1
Pittman [1]  58/9
place [3]  27/22 27/25 44/20
placed [1]  7/16
placing [1]  38/9
plea [48]  2/17 5/14 10/10 12/7 12/24
  13/20 13/21 13/24 15/10 16/8 16/23
  16/25 19/2 25/1 25/9 25/10 36/7 36/10
  36/11 36/14 36/19 36/25 38/1 38/2
  38/3 38/9 38/16 38/17 38/18 39/6
  39/12 39/23 39/25 40/6 40/7 40/9
  40/11 41/1 41/24 42/3 49/18 50/9
  50/13 50/16 52/11 56/19 56/20 56/21
plead [23]  13/23 13/25 15/9 16/4 16/15
  16/23 17/1 30/18 42/12 45/18 46/7
  46/24 47/16 48/5 48/21 49/10 51/14
  51/17 51/20 51/23 52/1 52/4 52/7
pleading [5]  15/11 17/4 25/18 30/16
  45/2
pleadings [1]  10/19
pleas [7]  4/4 5/12 7/5 16/17 52/19
  52/21 56/24
please [3]  7/16 30/19 45/19
pled [1]  56/25
point [1]  50/21
possess [2]  34/15 45/6
possessed [5]  30/25 31/2 31/7 31/8
  31/10
possible [3]  18/19 46/3 48/2
potential [1]  45/16
practicable [1]  57/23
prepared [2]  16/13 57/2
prescribed [1]  60/6
presence [3]  16/10 16/14 34/3
present [8]  5/12 5/15 6/13 7/3 16/12
  16/17 26/9 57/6
presented [1]  14/6
presentence [5]  16/13 19/5 57/1 57/19
  57/24
pressure [1]  16/25
previous [1]  32/21
previously [1]  32/13
primarily [2]  8/13 8/20
prison [2]  48/2 49/7
probability [1]  43/24
probable [2]  25/24 26/13
probably [2]  37/6 44/20
probation [4]  16/14 57/2 57/20 57/22
proceed [5]  10/13 13/21 26/18
proceeding [4]  7/15 29/19 55/18 57/1
proceedings [6]  3/24 4/2 11/22 14/8

process [2]  17/4 25/19
produced [1]  15/25
promise [4]  16/19 39/24 40/10 50/10
promises [2]  16/24 27/5
prompted [1]  16/24
pronounce [1]  56/25
proper [2]  19/4 19/9
property [3]  48/3 48/18 49/8
proposes [3]  25/9 30/18 45/18
prosecution [1]  11/3
prove [1]  14/15
provided [2]  12/23 57/21
providing [1]  11/21
psychiatrist [1]  22/1
public [4]  3/1 3/5 14/2 45/5
punishable [1]  31/4
punishment [1]  18/24
punishments [1]  45/20
purely [1]  17/1
purpose [2]  34/19 34/22
purposely [1]  33/17
pursuant [1]  25/19
pursue [1]  26/8
put [2]  41/9 41/17

**Q**

question [1]  44/19
questions [7]  7/9 11/1 20/14 36/16
  50/21 51/2 51/8

**R**

raise [1]  7/17
range [5]  18/18 18/19 19/5 19/10
  19/12
rather [1]  12/4
reached [1]  34/15
read [11]  29/1 29/1 29/19 30/13 38/2
  38/2 38/20 53/22 53/22 55/18 56/13
reading [4]  29/21 29/23 55/22 55/23
reapply [1]  32/20
rearraignment [2]  2/17 5/4
reason [2]  10/2 24/24
reasonable [2]  14/15 19/13
reasonably [1]  35/1
recall [1]  50/18
receive [2]  49/17 57/5
received [5]  28/9 28/18 32/17 35/16
  52/23
recent [1]  57/7
recently [1]  22/1
recommendation [1]  50/18
reconsider [1]  58/10
record [5]  7/22 7/24 10/20 37/13 60/3
Reed [1]  58/2
refer [1]  10/15
referral [2]  57/11 57/19
referred [1]  47/10
referring [1]  36/18
refiled [1]  27/23
reflect [2]  7/22 42/4
reflecting [1]  53/16
Reform [1]  17/19
regard [2]  19/23 41/24
regarding [2]  55/21 57/23
reject [1]  50/14
release [19]  45/23 45/25 46/1 46/15
  46/18 46/18 47/4 47/6 47/8 47/23
  47/25 48/1 48/11 48/13 48/14 49/2
  49/5 49/6 58/13

released [1]  19/20
rely [1]  16/19
remaining [2]  45/1 58/24
remand [1]  58/24
remind [1]  57/21
removal [1]  32/21
removed [1]  32/13
report [9]  16/13 16/14 19/6 19/8 57/2
  57/4 57/12 57/17 58/14
reported [1]  3/24
reporter [3]  3/12 7/10 60/12
Reporter's [2]  4/6 60/1
representation [3]  33/3 33/5 35/16
representatives [1]  16/11
request [1]  26/9
requested [1]  42/4
require [4]  10/22 11/19 30/12 56/12
required [2]  14/14 43/20
requires [1]  33/9
responses [2]  7/11 56/17
responsibility [2]  57/9 57/22
restitution [3]  46/3 46/20 48/3
restitutions [1]  48/16
result [2]  32/2 43/19
resume [10]  10/10 52/22 53/1 53/9
  53/16 53/18 53/22 54/15 55/19 56/14
resumes [5]  52/23 52/24 55/6 56/13
  56/15
retains [1]  12/6
return [2]  25/23 26/9
review [1]  16/13
revoke [6]  46/1 46/18 47/7 47/25 48/14
  49/5
right [39]  5/3 5/14 7/5 7/17 9/7 9/17
  13/19 14/2 14/4 14/7 14/16 15/12
  19/14 19/15 19/17 20/13 21/23 24/19
  24/23 25/17 26/1 26/22 26/23 28/3
  28/8 30/14 32/9 35/5 37/25 39/1 39/5
  40/6 41/3 42/7 44/14 44/24 45/4 47/12
  49/19
rights [6]  14/1 14/19 15/12 36/14 45/4
  45/6
rise [1]  59/2
risk [1]  58/18
RMR [3]  3/12 60/2 60/11
RODRIGUEZ [54]  1/11 1/21 3/1 3/5
  5/22 6/10 8/4 8/5 8/11 8/12 9/22 11/6
  12/11 13/6 14/22 15/16 17/7 18/4 20/1
  20/18 21/12 22/4 22/20 23/11 24/6
  25/18 26/4 26/24 27/7 27/15 28/12
  29/6 29/25 31/20 32/3 35/20 40/14
  42/15 43/5 43/17 44/2 44/14 46/13
  46/23 47/13 47/14 49/22 50/25 51/18
  53/4 54/1 54/18 55/25 58/4
Room [4]  3/2 3/6 3/12 60/16

**S**

SAENZ [4]  3/12 60/2 60/10 60/11
said [3]  41/21 57/13 57/16
same [2]  45/21 53/16
satisfied [4]  28/2 35/15 42/2 56/17
saving [2]  29/20 55/21
say [1]  24/18
Schedule [1]  34/25
scheduled [3]  58/1 58/5 58/7
school [3]  21/7 21/10 21/17
scope [2]  34/23 35/2
seated [1]  7/21
Second [7]  31/2 31/22 32/13 33/4

**S**

Second [2] 30/15 32/4 34/18
Secretary [1] 32/19
Section [2] 18/21 57/8
Security [1] 32/19
see [4] 5/11 8/23 14/5 45/11
seeing [1] 50/18
sent [1] 41/18
sentence [7] 17/22 18/17 19/11 19/12
19/14 49/17 57/5
sentenced [4] 19/20 58/1 58/5 58/7
sentencing [12] 12/8 17/19 17/21
17/25 18/1 18/18 18/20 19/23 35/13
35/13 57/3 57/7
separate [1] 36/11
serve [7] 45/5 46/2 46/19 47/8 48/1
48/15 49/6
service [1] 11/21
set [5] 5/4 30/17 39/5 39/12 45/16
Seven [1] 7/19
several [2] 5/3 9/6
severe [1] 49/17
severity [1] 57/5
she [1] 16/4
She's [1] 33/11
should [4] 16/19 16/23 17/1 35/1
sic [1] 24/12
sign [1] 27/23
signature [14] 13/3 27/13 27/22 28/1
36/19 36/22 37/16 38/9 41/8 41/12
42/5 53/1 53/8 53/18
signatures [2] 37/1 38/1
signed [11] 13/2 28/7 37/2 37/3 37/4
37/5 37/11 41/15 41/17 52/25 60/8
simply [1] 57/21
since [3] 9/5 32/20 37/14
sir [244]
sixth [1] 21/18
so [26] 7/7 7/10 9/16 15/11 18/2 18/16
19/19 24/19 25/17 25/19 26/16 26/21
27/22 30/16 36/18 36/16 37/6 37/25
41/7 41/15 41/19 42/2 43/17 44/2
58/17 58/21
some [5] 13/22 19/16 20/13 21/22
31/11
soon [1] 57/22
sought [1] 33/19
sound [2] 24/2 24/20
Spanish [1] 11/19
Spanish-speaking [1] 11/19
speak [2] 7/9 7/13
speaking [1] 11/19
special [6] 46/3 46/20 47/9 48/2 48/16
49/7
specifically [2] 38/20 57/8
speedy [1] 14/2
spelled [1] 9/18
stages [1] 14/8
stand [1] 7/16
start [1] 5/7
state [3] 7/24 9/12 31/11
stated [3] 54/14 55/6 57/1
statement [6] 11/3 16/20 33/3 33/4
33/8 33/13
STATES [35] 1/1 1/4 1/9 1/14 1/19 2/1
2/6 2/11 2/18 2/21 5/8 5/21 6/2 6/9
6/15 6/20 7/1 12/25 13/25 14/14 17/20
25/22 26/3 29/19 31/12 32/14 32/16
32/19 32/20 33/7 43/2 43/20 43/22

**55/18 60/7**
status [2] 58/10 58/13
stenography [1] 60/5
still [1] 49/18
stipulated [2] 18/23 18/25
stipulations [1] 19/1
Street [6] 2/22 3/2 3/6 3/9 3/12 60/16
stricken [1] 10/21
style [4] 10/11 27/24 42/4 53/16
subject [6] 46/7 46/24 47/17 48/5
48/21 49/10
substance [4] 34/16 34/24 34/25 35/3
successful [1] 33/20
such [7] 14/4 14/11 14/14 26/6 31/7
45/4 52/21
suffer [1] 23/7
Suite [2] 2/22 3/9
SULLIVAN [8] 3/1 5/15 6/1 6/7 25/2
25/11 52/13 55/8
superseding [2] 28/23 52/8
supervised [18] 45/23 45/25 46/1
46/15 46/17 46/18 47/4 47/6 47/7
47/23 47/25 48/1 48/11 48/13 48/14
49/2 49/5 49/6
supervised-release [10] 45/23 45/25
46/15 47/4 47/23 47/25 48/11 48/13
49/2 49/5
supervision [2] 46/22 48/19
supplement [2] 36/12 36/20
support [1] 52/21
supported [1] 56/21
Supreme [1] 17/20
sure [1] 28/6
sworn [3] 7/18 7/19 11/21
system [1] 19/19

**T**

take [3] 18/25 37/11 37/15
talk [1] 16/9
talked [4] 27/24 41/25 50/20 50/22
Taylor [3] 3/2 3/6
Telephone [6] 2/23 3/3 3/7 3/10 3/13
60/18
tell [1] 57/15
telling [1] 57/13
Tenth [1] 21/13
term [15] 31/4 45/23 45/24 46/15
46/16 47/3 47/4 47/6 47/7 47/23 47/24
48/11 48/13 49/2 49/4
terms [1] 39/11
testify [2] 14/12 14/12
TEXAS [19] 1/2 1/5 1/10 1/15 1/20 2/2
2/7 2/12 2/22 2/23 3/2 3/3 3/5 3/6 3/9
3/13 60/11 60/12 60/16
than [4] 12/4 26/12 39/23 49/17
Thank [19] 5/11 5/14 5/20 6/5 6/18
6/23 7/20 8/3 8/10 8/16 9/10 9/16
10/17 10/23 21/11 24/23 28/7 37/21
42/6
that [161]
that's [9] 5/9 5/23 6/11 7/3 37/5 41/9
41/14 41/15 44/25
them [3] 7/6 50/14 55/7
then [12] 7/9 13/18 20/13 26/8 34/5
40/6 42/2 44/4 50/15 50/15 51/12
52/19
then have [1] 50/15
there [7] 15/10 23/23 24/18 36/7 41/12
52/20 58/10
there's [2] 25/24 26/13

**therefore** [1] 50/12
these [7] 7/5 13/1 14/10 30/20 36/16
40/7 52/20
they [1] 9/11
think [4] 37/5 37/6 41/14 44/24
third [7] 31/6 31/24 32/15 33/8 33/17
34/7 34/20
this [27] 5/12 7/15 7/25 12/4 12/23
14/3 20/14 24/3 26/8 26/17 28/6 29/18
39/18 41/13 41/24 50/20 52/24 53/23
55/14 55/17 56/18 57/10 57/18 58/2
58/6 58/21 60/8
those [21] 14/19 15/12 18/1 25/20 29/2
30/24 36/9 36/16 40/9 45/25 46/7
46/17 47/5 48/5 48/13 48/21 49/10
50/13 55/21 57/17 60/6
though [2] 26/19 27/21
thought [1] 6/25
threats [2] 16/25 27/5
through [1] 11/23
time [14] 7/6 20/14 29/18 29/20 31/7
31/11 32/20 47/8 48/2 49/7 55/15
55/17 55/21 58/21
time-saving [2] 29/20 55/21
Title [1] 33/6
today [10] 10/16 13/21 23/25 24/21
25/2 26/5 35/10 41/2 44/22 57/13
TODD [2] 1/6 8/2
together [1] 37/6
too [1] 41/21
took [3] 34/2 34/7 44/20
transcript [4] 2/17 3/24 60/3 60/5
traveled [2] 31/8 31/10
trial [9] 5/18 6/18 14/2 14/4 14/11
14/14 15/11 15/12 15/13
true [3] 54/15 55/7 60/3
twice [2] 48/10 48/11
two [2] 34/14 36/7
type [1] 19/21

**U**

U.S [5] 26/19 30/16 37/2 44/1 45/16
U.S.C [1] 18/20
under [14] 7/16 7/23 10/25 17/19
18/19 18/20 19/10 19/16 22/1 22/16
25/22 46/21 48/17 49/3
understand [39] 5/17 6/18 10/25 11/4
11/14 11/18 11/22 12/3 12/9 14/18
14/24 15/14 15/24 23/25 24/3 24/20
26/23 29/2 31/14 32/3 32/22 33/21
34/9 35/6 38/3 38/21 44/5 45/7 46/6
46/23 47/16 48/4 48/20 49/9 49/14
49/16 49/20 53/23 55/7
understood [2] 17/3 19/22
UNITED [35] 1/1 1/4 1/9 1/14 1/19 2/1
2/6 2/11 2/18 2/21 5/7 5/21 6/2 6/9
6/15 6/20 7/1 12/25 13/25 14/14 17/20
25/22 26/3 29/19 31/12 32/14 32/15
32/18 32/20 33/7 43/2 43/20 43/21
55/18 60/7
unlawful [2] 34/18 34/21
unless [3] 16/4 19/15 25/23
until [2] 19/5 44/22
up [6] 7/9 7/13 10/11 21/17 44/22
50/20
upon [13] 7/13 12/5 16/8 16/18 16/19
19/13 26/19 30/16 38/9 41/24 45/15
55/20 57/10
us [1] 7/12
used [1] 11/2

# V

valuable [2] 45/14 45/2
venture [3] 33/16 33/18 33/20
verdict [2] 16/8 16/12
versus [14] 1/5 1/10 1/15 1/20 2/2 2/7
2/12 5/8 5/21 6/2 6/10 6/15 6/20 7/2
Very [2] 7/20 44/24
victim [1] 48/17
victims [2] 46/4 48/11
violated [5] 45/25 46/17 47/24 48/13
49/4
violates [1] 47/5
voice [1] 7/10
VOLUME [1] 2/17
voluntarily [4] 13/19 28/3 39/5 39/17
voluntary [3] 17/1 25/10 56/21
vote [1] 45/5

# W

waive [11] 15/12 19/15 26/1 26/7
26/17 27/6 29/21 29/23 39/5 55/22
55/23
waived [2] 13/19 28/3
waiver [6] 27/14 28/4 36/10 36/14
38/16 38/21
waiving [1] 26/22
want [1] 38/20
wanted [1] 44/18
was [12] 9/14 31/21 31/22 32/12 32/13
32/15 33/14 37/6 41/10 42/7 44/21
47/12
way [4] 26/2 42/9 42/11 52/22
way -- okay [1] 42/9
we [12] 5/3 7/6 9/7 10/9 37/5 37/14
41/1 41/15 41/21 42/2 52/21 53/15
we'll [3] 5/7 10/15 10/21
we're [6] 7/5 10/18 23/25 24/3 24/20
37/13
we've [5] 15/13 27/24 41/25 50/20
50/22
Weinbel [4] 5/17 6/18 44/21 44/21
well [9] 9/5 15/12 27/24 36/11 41/11
42/5 44/6 54/12 58/24
were [5] 11/1 14/15 34/5 47/10 50/14
what [8] 16/21 23/25 24/3 24/20 30/15
44/6 57/13 57/13
when [5] 7/13 16/6 41/13 41/14 41/15
where [5] 5/5 16/10 37/2 41/10 42/7
whether [4] 14/12 16/7 16/20 50/13
which [20] 14/13 26/14 30/15 30/18
34/5 41/1 41/20 42/3 45/2 45/18 45/24
46/16 46/20 47/6 47/23 48/12 48/17
49/3 56/25 57/9
While [1] 9/11
who [6] 6/18 12/6 12/7 16/3 16/6 44/21
why [1] 41/9
will [29] 10/20 10/21 12/7 15/10 16/9
16/13 16/15 16/16 16/17 16/21 19/4
19/20 25/9 26/18 28/6 29/21 30/12
30/16 30/21 39/18 41/22 42/2 55/21
56/12 57/2 57/3 57/19 58/17 58/18
willfully [1] 34/21
wish [4] 29/23 55/23 58/21 58/23
wishes [1] 26/8
withdraw [3] 19/2 49/19 50/16
within [4] 19/11 19/18 33/6 57/17
without [3] 31/25 32/2 40/9
witnesses [1] 14/6
wondering [1] 41/10

Word [1] 4/7
work [1] 7/8
works [1] 47/20
WORTH [15] 1/3 1/5 1/10 1/15 1/20
2/2 2/7 2/12 2/23 3/3 3/6 3/9 3/13
60/13 60/16
would [28] 7/6 7/13 7/14 7/24 9/11
14/9 14/12 14/13 14/14 14/16
23/24 26/14 29/18 32/1 37/14 41/7
41/23 45/24 46/16 47/6 47/23 48/12
49/3 50/14 50/15 55/14 55/17
written [4] 27/14 39/12 39/23 57/12

# Y

y'all [1] 44/4
yahoo.com [2] 3/14 60/19
Yeah [2] 41/9 41/13
year [1] 31/5
years [12] 45/22 45/24 46/14 46/16
47/3 47/5 47/21 47/23 48/9 48/12
48/25 49/2
yes [213]
yet [1] 41/1
you [252]
you'll [3] 5/5 49/18 49/19
you're [7] 9/5 9/5 41/3 41/4 45/2 58/14
58/19
you've [1] 13/20
your [149]
yours [4] 25/6 25/13 36/13 36/22
yours -- I [1] 36/13
YOVANA [2] 3/11 11/20